HECHT PARTNERS LLP
Kristen L. Nelson (SBN 269318)
Kathryn Lee Boyd (SBN 189496)
Patrick G. Maloney (SBN 287667)
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Tel.: (646) 490-2408
knelson@hechtpartners.com
lboyd@hechtpartners.com
pmaloney@hechtpartners.com

HECHT PARTNERS LLP
Michael Eggenberger (*pro hac vice*)
125 Park Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 851-6821
meggenberger@hechtpartners.com

DICELLO LEVITT LLP
Charles F. Dender (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
cdender@dicellolevitt.com

*Counsel for Plaintiff-Relator,
American Taxpayers Fighting
Fraud LLC (f/k/a Relator LLC)*

*Counsel continued on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. AMERICAN TAXPAYERS FIGHTING FRAUD LLC (f/k/a RELATOR LLC), a California limited liability company,<br><br>        Plaintiff,<br>    v.<br><br>ILINK EMPLOYERS COMPANY, a Delaware Corporation; ILINK BUSINESS MANAGEMENT, INC., a California Corporation, ALVARO GABRIEL AYALA, an individual, and DOES 1-10,<br><br>        Defendants. | Case No. 5:22-cv-01004-RGK-DTB<br><br>Assigned to: Hon. R. Gary Klausner<br><br>**JOINT REPORT RE PROGRESS OF SETTLEMENT DISCUSSIONS**<br><br><br>Complaint Filed: June 17, 2022<br>SAC Filed: January 27, 2026<br>Trial: October 27, 2026 |

RFZ LAW LLP
Rachel L. Fiset (SBN 240828)
William M. Odom (SBN 313428)
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
Telephone: (213) 266-5170
Facsimile: (213) 582-8414
rachel.fiset@rfzllp.com
william.odom@rfzllp.com

*Attorneys for Defendants iLink
Employers Company, iLink
Business Management, Inc.,
and Alvaro Gabriel Ayala*

JOINT REPORT RE PROGRESS OF SETTLEMENT DISCUSSIONS

Pursuant to Order/Referral to ADR (Dkt. No. 94), Plaintiff Relator American Taxpayers Fighting Fraud LLC (f/k/a Relator LLC) and Defendants iLink Employers Company, iLink Business Management, Inc., and Alvaro Gabriel Ayala; through their respective counsel of record, hereby report the parties conducted mediation with Mediator Timothy Alger on July 28, 2026, and were unable to reach a resolution.

Dated: August 4, 2026          Respectfully submitted,

*/s/ Kristen L. Nelson*
HECHT PARTNERS LLP
Kristen L. Nelson
Kathryn Lee Boyd
Patrick G. Maloney

Michael K. Eggenberger

DICELLO LEVITT LLP
Charles F. Dender

*Attorneys for American Taxpayers Fighting Fraud LLC (f/k/a Relator LLC)*

Dated: August 4, 2026          Respectfully submitted,

*/s/ Rachel L. Fiset*
RFZ LAW LLP
Rachel L. Fiset
William M. Odom

*Attorneys for Defendants iLink Employers Company, iLink Business Management, Inc., and Alvaro Gabriel Ayala*

1
JOINT REPORT RE PROGRESS OF SETTLEMENT DISCUSSIONS

## **ATTORNEY ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: August 4, 2026                    Respectfully submitted,


                                         */s/ Kristen L. Nelson*
                                         HECHT PARTNERS LLP
                                         Kristen L. Nelson

                                         *Attorneys for American Taxpayers Fighting Fraud LLC (f/k/a Relator LLC)*

2

JOINT REPORT RE PROGRESS OF SETTLEMENT DISCUSSIONS