Kristen L. Nelson (SBN 269318)
knelson@hechtpartners.com
Kathryn Lee Boyd (SBN 189496)
lboyd@hechtpartners.com
Patrick Maloney (SBN 287667)
pmaloney@hechtpartners.com
**HECHT PARTNERS LLP**
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Tel.: (646) 490-2408

*Counsel continued on next page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ex rel. **AMERICAN TAXPAYERS FIGHTING FRAUD LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**ILINK EMPLOYERS COMPANY**, a Delaware Corporation; **ILINK BUSINESS MANAGEMENT, INC.**, a California Corporation, **ALVARO GABRIEL AYALA**, an individual, and Does 1-10,<br><br>Defendants. | Case No. 5:22-CV-01004-RGK-DTBx<br><br>Assigned to: Hon. R. Gary Klausner<br><br>**PLAINTIFF AMERICAN TAXPAYERS FIGHTING FRAUD LLC'S (f/k/a RELATOR LLC) NOTICE OF LODGING OF UNFILED OPPOSED FIRST *EX PARTE* APPLICATION TO COMPEL DISCOVERY**<br><br>Compl. Filed: June 17, 2022<br>(unsealed January 1, 2024)<br>SAC Filed: January 27, 2026<br>Trial Date: October 27, 2026 |

Michael Eggenberger (*pro hac vice*)
meggenberger@hechtpartners.com
Kamillia Mamedova (*pro hac vice*)
kmamedova@hechtpartners.com
**HECHT PARTNERS LLP**
125 Park Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 851-6821

Charles F. Dender (*pro hac vice*)
cdender@dicellolevitt.com
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000

*Attorneys for Plaintiff-Relator*
*American Taxpayers Fighting Fraud LLC*

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Relator American Taxpayers Fighting Fraud LLC, by and through its undersigned counsel, hereby lodges with the Court:

- Plaintiff American Taxpayers Fighting Fraud LLC's (f/k/a Relator LLC) Application and Memorandum of Points and Authorities in Support of Opposed First *Ex Parte* Application to Compel Discovery;
- Declarations of Chuck F. Dender, Kristen L. Nelson, and Michael K. Eggenberger In Support Thereof; and
- [Proposed] Order;

to be filed with Magistrate Bristow should the Court grant Relator's requested relief to extend the discovery and case deadlines in order to complete outstanding discovery.

Dated: August 19, 2026

Respectfully submitted,

By: /s/ *Charles F. Dender*

Charles F. Dender (*pro hac vice*)
cdender@dicellolevitt.com
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000

Kristen L. Nelson (SBN 269318)
knelson@hechtpartners.com
Kathryn Lee Boyd (SBN 189496)
lboyd@hechtpartners.com
Patrick Maloney (SBN 287667)
pmaloney@hechtpartners.com
**HECHT PARTNERS LLP**
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Tel.: (646) 490-2408

Michael Eggenberger (*pro hac vice*)
meggenberger@hechtpartners.com
Kamilla Mamedova (*pro hac vice*)
kmamedova@hechtpartners.com
**HECHT PARTNERS LLP**
125 Park Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 851-6821

*Attorneys for Plaintiff-Relator*
*American Taxpayers Fighting Fraud LLC*