HECHT PARTNERS LLP
Kathryn Lee Boyd (SBN 189496)
Kristen L. Nelson (SBN 269318)
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Tel.: (646) 490-2408
lboyd@hechtpartners.com
knelson@hechtpartners.com

HECHT PARTNERS LLP
Michael Eggenberger (*pro hac vice*)
Kamila Mamedova (*pro hac vice*)
125 Park Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 851-6821
meggenberger@hechtpartners.com
kmamedova@hechtpartners.com

DICELLO LEVITT LLP
Charles F. Dender (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
cdender@dicellolevitt.com

*Counsel for Plaintiff-Relator, American Taxpayers Fighting Fraud LLC (f/k/a Relator LLC)*

*Counsel continued on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA ex rel. AMERICAN TAXPAYERS FIGHTING FRAUD LLC (f/k/a RELATOR LLC), a California limited liability company,

Plaintiff,

v.

ILINK EMPLOYERS COMPANY, a Delaware Corporation; ILINK BUSINESS MANAGEMENT, INC., a California Corporation, ALVARO GABRIEL AYALA, an individual, and DOES 1-10,

Defendants.

Case No. 5:22-cv-01004-RGK-DTB

Assigned to: Hon. R. Gary Klausner

**JOINT WITNESS LIST**

Pre-Trial Conf.: Oct. 5, 2026

Trial: Oct. 27, 2026

RFZ LAW LLP
Rachel L. Fiset (SBN 240828)
rachel.fiset@rfzllp.com
William M. Odom (SBN 313428)
william.odom@rfzllp.com
Dawn Utsumi (SBN 247652)
dawn.utsumi@zfzlaw.com
Garrison Spalding Murphy (SBN 364420)
garrison.murphy@rfzllp.com
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
Telephone: (213) 266-5170
Facsimile: (213) 582-8414

*Attorneys for Defendants iLink Employers Company, iLink Business Management, Inc., and Alvaro Gabriel Ayala*

# JOINT WITNESS LIST

In accordance with Central District of California Local Rule 16-5 and the Order for Jury Trial in this case, Plaintiff-Relator American Taxpayers Fighting Fraud LLC ("Plaintiff-Relator") provides the following list of witnesses it expects it will or may call at trial, other than solely for impeachment or rebuttal of witnesses:[1]

**Gabriel Alvaro Ayala**

- Defendant Mr. Ayala established and wholly owns and controls the two corporate defendants in this action—the functionally interchangeable and affiliated temporary staffing firms iLink Employers Company ("IEC") and iLink Business Management ("IBM" and together with IEC, the "iLink Companies"). He personally signed every certification at issue on the PPP applications and forgiveness applications for IEC and IBM, including certifications concerning eligibility, worker retention, affiliation, in-operation, economic necessity, and use of proceeds. He communicated with the lending banks in connection with receipt of the loans and sought their forgiveness. He communicated with the iLink Companies' clients about PPP loans and eligibility. He personally purchased the Pittsburgh Avenue property during IEC's covered loan period and then leased it back to IBM/IEC as its headquarters while receiving hundreds of thousands in pass-through income from the iLink Companies in 2020. In addition to having personal knowledge of all facts supporting the elements of the claims, he can authenticate key documentary evidence supporting the central elements of the two FCA counts, including falsity and scienter.
- Time Estimate—5.0 hours

---

[1] Relator's counsel circulated a proposed authenticity stipulation to Defendants' counsel in advance of the parties' summary judgment filings. Defendants' counsel declined to agree to the stipulation or to propose revisions. An executed authenticity stipulation would greatly reduce the testimony of records custodians, who Relator will otherwise have to call at trial.

**Darlene M. Bently**

- Darlene Bently provided bookkeeping and tax preparation services for Defendants during the relevant period. She is also the custodian of the records produced pursuant to third-party subpoenas to Ms. Bently and the Tax Lady Enterprises, Inc. and can authenticate those documents. She will testify to the preparation and filing sequence of IEC tax forms, many of which she signed on behalf of the iLink Companies. These tax forms reflect conflicting information as to how many employees IEC had in 2020 and prior, as well as when IEC first paid wages.
- Time Estimate—2.5 hours

**Bank of America**

- Bank of America was the lender for IBM's $1.2 million PPP loan. Its designated representative or custodian will authenticate records Defendants sent to Bank of America personnel for IBM's loan—including the application, supporting submissions, and loan forgiveness—will authenticate other Bank of America Bates-stamped documents, and will confirm that, without making or initialing all certifications, the loan application would have been denied.
- Time Estimate—1.0 hours

**Harvest Small Business Finance, LLC**

- Harvest Small Business Finance was the lender for IEC's $5.1 million PPP loan. Its designated representative or custodian will authenticate records which Defendants sent to Harvest personnel for IEC's loan—including the application, supporting submissions, and forgiveness loan—will authenticate other Harvest Bates-stamped documents, and will confirm that, without making or initialing all certifications, the loan application would have been denied.
- Time Estimate—1.0 hours

**High Tech Logistics LLC**

- High Tech Logistics was a client of at least IBM during the relevant period. The rate agreement governing the temporary staffing relationship between High Tech

and IBM is indicative of the iLink Companies' standard agreements with clients and contains language that it "is the mutual understanding of the parties to this Agreement that iLink cannot incur costs of carrying the employees who will be leased to Client through iLink . . . " High Tech was also sued by IBM for unpaid invoices in California state court, and High Tech counterclaimed for unjust enrichment, alleging inter alia that IBM, having improperly obtained a PPP loan, precluded High Tech from obtaining forgiveness for its PPP loan. As a client of IBM's during the relevant period, High Tech's testimony will not duplicate other trial witness testimony.

- Time Estimate—1.5 hours

**Diamond PEO, Inc.**

- Diamond PEO processed certain payroll for the iLink Companies since 2018. Through a designated representative, the witness will authenticate payroll/reporting records produced in this action pursuant to third-party subpoena, and will explain the workers and entities it served along with the specific timeframe. The information produced by Diamond fails to clarify which services were provided, or when. It also directly conflicts with the number of employees IEC reported on its PPP application.
- Time Estimate—0.5 hours

**E3 PEO, Inc.**

- E3 PEO processed certain payroll for IBM since approximately 2019. Through a designated representative, the witness will authenticate payroll/reporting records produced in this action pursuant to a third party subpoena, will explain the workers and entities it serviced, along with the specific timeframe, and why E3 terminated its relationship with Defendants. IBM used two payroll processors during the relevant time period, making E3's records necessary to reconcile total reported wages against the payroll costs certified in PPP applications by Defendants.

- Time Estimate—0.5 hours

**Pacific Premier Bank**

- Pacific Premier Bank is where IEC's first bank account was opened around July 2020, into which IEC's $5.1 million PPP loan amount was deposited. The bank's custodian of records will authenticate bank statements sent from the bank to Ayala/IEC and establish completeness of the account's history.
- Time Estimate—0.5 hours

**Evelyn Ayala**

- Evelyn Ayala is the wife of Defendant Gabriel Ayala and is listed on documents produced by Defendants as CEO of IBM. She also is the author of an email to an IBM client during the relevant time period that states "most of our clients have also applied for the PPP grant . . . .". She also signed the notice of intent to apply for joint credit that was used by Ayala to personally obtain the IBM/IEC headquarters, which was then leased back to IBM in September 2020 during IEC's covered loan period. Her testimony about Defendants' knowledge regarding clients applying for PPP loans and other corporate matters goes to falsity and scienter and is not cumulative of Ayala's testimony.
- Time Estimate—1.0 hours

Defendants Alvaro Ayala ("Ayala"), iLink Employers Company ("IEC"), and iLink Business Management, Inc.'s ("IBM," and collectively with Ayala and IEC "Defendants") provide the following list of witnesses they expect they will or may call at trial, other than solely for impeachment or rebuttal of witnesses:

**Gabriel Ayala**

- Mr. Ayala is a named defendant and is the owner and manager of IBM and IEC. His testimony will concern the formation and operation of Defendants, Defendants' business model, how Defendants pay employees and generate revenue, the relationship of Defendants with their employees, Defendant's use of PEOs, the preparation of Defendants' PPP application, the advice and guidance Defendants received in connection with their PPP applications, the methodology and numbers used by Defendants' PPP applications, Defendants' good faith and lack of fraudulent intent in connection with certifying their PPP applications, how Defendants used the PPP loan proceeds, his personal purchase of an office building, the preparation of Defendants' PPP forgiveness applications, the advice and guidance Defendants received in connection with their PPP forgiveness applications, the methodology and numbers used by Defendants' PPP forgiveness applications, Defendants' good faith and lack of fraudulent intent in connection with certifying their PPP forgiveness applications, Defendants' communications with Bank of America in connection with IBM's loan and forgiveness thereof, Defendants' communications with Harvest in connection with IEC's loan and forgiveness thereof, and Defendants' communications with the Small Business Administration regarding repayment of Defendants' PPP loans.
- Time Estimate—6.0 hours

**Anoush Hakimi**

- Mr. Hakimi is an owner and manager of Relator. His testimony will concern the formation and operation of Relator, Relator's funding sources, Relator's investigation methodology in general, Relator's investigation of Defendants

specifically, Relator's lack of any non-public sources of generating allegations against Defendants, Relator's numerous other PPP fraud cases and their similarity to the instant case, and Mr. Hakimi's law firm's practice of mass filing frivolous boilerplate complaints under the Americans with Disabilities Act.

- Time Estimate—6.0 hours

**Peter Shahriari**

- Mr. Shahriari is an owner and manager of Relator. His testimony will concern the formation and operation of Relator, Relator's funding sources, Relator's investigation methodology in general, Relator's investigation of Defendants specifically, Relator's lack of any non-public sources of generating allegations against Defendants, Relator's numerous other PPP fraud cases and their similarity to the instant case, and Mr. Shahriari's law firm's practice of mass filing frivolous boilerplate complaints under the Americans with Disabilities Act.
- Time Estimate—3.0 hours

**Darlene Bently**

- Ms. Bently provided bookkeeping and tax preparation services to Defendants. Her testimony will concern authentication of Defendants' tax and financial records, Defendants' relationships with their employees, the information used to prepare Defendants' PPP loan and forgiveness applications, and the advice and guidance she provided to Defendants in connection with the PPP loan and forgiveness applications.
- Time Estimate—3.0 hours

**Rachel Fiset**

- Ms. Fiset was counsel for Defendants who corresponded with Harvest on Defendants' behalf regarding IEC's application for forgiveness of IEC's PPP loan. Her testimony will concern Defendants' correspondence with Harvest regarding forgiveness of the IEC loan.
- Time Estimate—1.0 hour

**Julius Santiago**

- Mr. Santiago was a PPP Program Processer at Bank of America N.A., the lender of IBM's PPP loan. His testimony will concern Bank of America's PPP department, its lending practices, the application and forgiveness process for the PPP, authentication of correspondence between Defendants and Bank of America, the preparation of IBM's PPP loan, the methodology and numbers used in connection with IBM's PPP loan application, the preparation of IBM's PPP forgiveness application, the methodology and numbers used in connection with IBM's PPP forgiveness application, and the advice and guidance Bank of America provided to Defendants in connection with Defendants' PPP loan and forgiveness applications.
- Time Estimate—1.0 hour

**Lauren Olsen**

- Ms. Olsen was the Senior PPP Program Processor, Paycheck Protection Program Department at Harvest Small Business Finance, LLC, the lender of IEC's PPP loan. Her testimony will concern Harvest's Paycheck Protection Program Department, Harvest lending practices, the application and forgiveness process for the PPP, Harvest authentication of correspondence between Defendants and Harvest, the preparation of IEC's PPP loan, the methodology and numbers used in connection with IEC's PPP loan application, the preparation of IEC's PPP forgiveness application, the methodology and numbers used in connection with IEC's PPP forgiveness application, and the advice and guidance Harvest provided to Defendants in connection with Defendants' PPP loan and forgiveness applications.
- Time Estimate—1.0 hour

**Corinne Ramirez**

- Ms. Ramirez is a broker who facilitated Defendants' relationships with Professional Employer Organizations ("PEOs"), including Diamond PEO and E3

PEO. Her testimony will concern the general nature of PEOs and what services they provide, as well as Defendants particular relationships with Diamond PEO and E3 PEO and how those relationships are structured.

- Time Estimate—1.5 hours

**Timothy Younger**

- Mr. Younger was counsel for Defendants who corresponded with the Small Business Administration ("SBA") regarding repayment of Defendants' PPP loans. His testimony will concern that correspondence with the SBA regarding repayment of Defendants' PPP loan.

  Time Estimate—1.0 hour

**Krisell Valenzuela**

- Ms. Valenzuela was a Relationship Manager and Commercial Banker at Bank of America, N.A. Her testimony will concern Bank of America's PPP lending practices and procedures; IBM's PPP loan application and submission process; communications between Bank of America and Defendants concerning IBM's PPP application; questions raised by Defendants concerning qualifying employees and supporting documentation; Bank of America's responses, advice, and guidance concerning those issues; and authentication of correspondence between Bank of America and Defendants relating to IBM's PPP application.
- Time Estimate—1.0 hour

**Michael Vazquez**

- Mr. Vasquez was a Senior Relationship Manager at Bank of America, N.A. His testimony will concern Bank of America's PPP lending practices and procedures; IBM's PPP loan application and submission process; communications between Bank of America and Defendants concerning IBM's PPP application; questions raised by Defendants concerning qualifying employees and supporting documentation; Bank of America's responses, advice, and guidance concerning

those issues; and authentication of correspondence between Bank of America and Defendants relating to IBM's PPP application.

- Time Estimate—1.0 hours

**Anahita Kouroushnia**

- Mr. Kouroushnia served as counsel to iLink in connection with IBM's PPP loan application process. Her testimony will concern communications with Bank of America Relationship Manager Krisell Valenzuela regarding IBM's PPP application.
- Time Estimate—1.0 hour

Dated: September 14, 2026

Respectfully submitted,

*/s/ Kathryn Lee Boyd*

HECHT PARTNERS LLP
Kristen L. Nelson
Kathryn Lee Boyd
Patrick G. Maloney

Michael K. Eggenberger

DICELLO LEVITT LLP
Charles F. Dender

*Attorneys for American Taxpayers Fighting Fraud LLC (f/k/a Relator LLC)*

RFZ LAW LLP

*/s/ Rachel L. Fiset*

Rachel L. Fiset
William M. Odom
Dawn Utsumi
Garrison Spalding Murphy

*Attorneys for Defendants iLink Employers Company, iLink Business Management, Inc., and Alvaro Gabriel Ayala*

**ATTORNEY ATTESTATION**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Kathryn Lee Boyd*
HECHT PARTNERS LLP
Kristen L. Nelson

*Attorneys for American Taxpayers Fighting Fraud LLC (f/k/a Relator LLC)*