HECHT PARTNERS LLP
Kathryn Lee Boyd (SBN 189496)
Kristen L. Nelson (SBN 269318)
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Tel.: (646) 490-2408
lboyd@hechtpartners.com
knelson@hechtpartners.com

HECHT PARTNERS LLP
Michael Eggenberger (*pro hac vice*)
Kamila Mamedova (*pro hac vice*)
125 Park Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 851-6821
meggenberger@hechtpartners.com
kmamedova@hechtpartners.com

DICELLO LEVITT LLP
Charles F. Dender (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
cdender@dicellolevitt.com

*Counsel for Plaintiff-Relator, American Taxpayers Fighting Fraud LLC (f/k/a Relator LLC)*

*Counsel continued on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ex rel. **AMERICAN TAXPAYERS FIGHTING FRAUD LLC**, a California limited liability company,<br>Plaintiff,<br><br>v.<br><br>**ILINK EMPLOYERS COMPANY**, a Delaware Corporation; **ILINK BUSINESS MANAGEMENT, INC.**, a California Corporation, **ALVARO GABRIEL AYALA**, an individual, and Does 1-10,<br>Defendants. | Case No. 5:22-CV-01004-RGK-DTBx<br><br>Assigned to: Hon. R. Gary Klausner<br><br>**JOINT EXHIBIT LIST** |

RFZ LAW LLP
Rachel L. Fiset (SBN 240828)
rachel.fiset@rfzllp.com
William M. Odom (SBN 313428)
william.odom@rfzllp.com
Dawn Utsumi (SBN 247652)
dawn.utsumi@zfzlaw.com
Garrison Spalding Murphy (SBN 364420)
garrison.murphy@rfzllp.com
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
Telephone: (213) 266-5170
Facsimile: (213) 582-8414

*Attorneys for Defendants iLink Employers Company, iLink Business Management, Inc., and Alvaro Gabriel Ayala*

Pursuant to Civil Local Rule 16-6 and the Court's Scheduling Order, the parties hereby file this Joint Exhibit List:

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| **PLAINTIFF'S EXHIBITS** | | | | |
| 1 | | Not Used | | |
| 2 | | Not Used | | |
| 3 | | Not Used | | |
| 4 | iLink_020251-61 | IBM invoice to Technical Works California, LLC (May 23, 2019) | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| | iLink_050340-44 | Email from Rocio Hernandez to Ayala re: Capital Payroll we 02/23/2020 (Feb. 24, 2020)[2] * | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

[1] Pursuant to Local Rule 26-3.1, exhibit numbers 1-102 reflect the consecutive exhibit numbers used by Plaintiffs in its depositions in this matter. Exhibit numbers 103-200 reflect the remainder of Plaintiffs' exhibits, while Exhibits 200 and larger are those from Defendants.

[2] Pursuant to Local Rule 16-6, an asterisk "*" indicates exhibits that Plaintiffs may use if the need arises.

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 6 | ATFF-0025-38 | Rate agreement between IBM and High Tech Logistics dated 4/1/2019 (attached as Ex. A to iLink's 8/16/2024 complaint against High Tech Logistics) (Apr. 1, 2019) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403).<br><br>Co-Defendants IEC and Mr. Ayala were not parties to the Rate Agreement. To the extent Relator seeks to offer the Agreement against IEC or Mr. Ayala, it constitutes inadmissible hearsay and is not relevant to their conduct, knowledge, or obligations. Any marginal relevance is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury. Defendants reserve all objections not stated herein. | | | |
| 7 | iLink_052115-124 | Email Chain from 08/28/2020-09/04/2020, between Ayala, Adams/Rogers (Meadows Bank), Bently (Ayala's Accountant), and Scannavino/Bessoir (IMG) re: iLink/Ayala Financial Statement Discrepancies and Net Worth Reconciliation (Sept. 4, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403).<br><br>Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 8 | DIAMONDPEO000001-19 | Client Service Agreement between Diamond PEO, LLC and IBM (Feb. 12, 2019) | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 9 | iLink_052267-70 | Emails between Harvest's Lupe-Bautista-Butz and Gabriel Ayala (July 29, 2020)* | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 10 | iLink_075625-27 | Email from Adi Rivera to Ayala re: LOGO incl. attachment (July 22, 2020)* | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 11 | iLink_052459-61 | Email chain between Flexible Funding and Ayala re: SBA Paycheck Protection Program (Apr. 6, 2020)* | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 12 | iLink_056767-68 | Email from Jesse Gutierrez to Ayala re: E3HR, Diamond & Payroll Protection Program (PPP) (Apr. 6, 2020)* | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 13 | iLink_064948 | Email from Ayala to Darlene Bently and Deanna (The Tax Lady) transmitting IBM's completed PPP application for submission, dated 4/2/2020 (Apr. 2, 2020) | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Best Evidence Rule (FRE 1002) - to the extent Relator offers the email or its contents to establish the contents, representations, or certifications contained in IBM's PPP application, the application itself is the best evidence of its contents. Defendants reserve all objections not stated herein. | | | |
| 14 | iLink_087337-38 | IBM PPP Final SBA Loan Review Decision (Loan 6212137705) (Aug. 17, 2022) | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 15 | iLink_045430-32 | Email from Denise Sepulveda to Ayala re: FW: **Urgent Payroll Report 2019-Diamond (Apr. 6, 2020)* | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 16 | iLink_052309-12 | Email from BofA to Ayala re: Paycheck-Protection-Program-Application-3-30-2020-v3[1].pdf (Apr. 7, 2020)* | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 17 | iLink_052059-67 | Email chain between BofA, Anahita Kouroshnia, and Ayala re: Conference Call (July 10, 2020)* | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402). Defendants reserve all objections not stated herein. | | | |
| 18 | iLink_052045-50 | Email chain between BofA, Anahita Kouroshnia, and Ayala re: Conference Call (July 13, 2020)* | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 19 | iLink_064949-952 | Signed PPP application for IBM dated 3/31/20 (Mar. 31, 2020) | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901). Defendants reserve all objections not stated herein. | | | |
| 20 | iLink_045433-34 | Diamond PEO, LLC Payroll Gross to Net between 1/1/2019 and 12/31/2019 (Apr. 6, 2020)* | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); lack of foundation for the business-records exception (FRE 803(6)); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 21 | iLink_031066-70 | Email chain between Pacific Premier Bank and Ayala re: Paycheck Protection Program through Harvest Small Business Finance (July 30, 2020) | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 22 | iLink_031072 | IEC Certificate of Status from CA Secretary of State (July 30, 2020) | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 23 | iLink_083165 | Letter from Banner Bank to Ayala c/o IEC re: Your Application for a SBA Paycheck Protection Program (PPP) Loan (Sept. 1, 2020)* | | |
| | Defendants' Objections: Lacks foundation (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 24 | iLink_071632-635 | Email correspondence between Ayala and Harvest re:PPP Loan Application No. 2020072802 (7/28-29/2020) (July 29, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 25 | iLink_071636-639 | Signed PPP Borrower Application for iLink Employers Company ("IEC") (July 27, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802). Defendants reserve all objections not stated herein. | | | |
| 26 | iLink_052508-09 | Email chain between BofA and Ayala re: Update (Feb. 3, 2021)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 27 | iLink_056956-57 | Emails between Denise Sepulveda and Ayala re: Quarterlies (Jan. 18, 2021)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 28 | iLink_058860 | Email from Spencer MacDougall to Ayala re: PPP Forgiveness info (Dec. 1, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 29 | iLink_056856-58 | Emails between Gabriel Ayala and Harvest's Lauren Olsen (Nov. 21, 2021)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 30 | iLink_060828-37 | Emails between Gabriel Ayala and Harvest's Ivette Hernandez (Apr. 30, 2021)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 31 | iLink_045822-28 | Emails between Tax Lady's Deanna Mancilla and BofA's Krisell Valenzuela (June 26, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 32 | iLink_000035-65 | IBM Form 8879-S (2020) (Sept. 15, 2021)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 33 | iLink_045077-79<br>iLink_022370-71<br>iLink_045101-02<br>iLink_022368-69<br>iLink_036660-61<br>iLink_048694-95<br>iLink_027877-78<br>iLink_027875-76<br>iLink_027873-74<br>iLink_027871-72<br>iLink_027869-70<br>iLink_027867-68<br>iLink_036658-59<br>iLink_027879-80 | SBA Loan Review Email Compilation (Mar. 29, 2023)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); rule of completeness (FRE 106). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 34 | iLink_067807-08 | SBA Final Loan Decision Denying Forgiveness (Aug. 17, 2022) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802). Defendants reserve all objections not stated herein. | | | |
| 35 | iLink_078463-74 | Emails between Gabriel Ayala and Harvest's Lauren Olsen (Sept. 16, 2022)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. Defendants reserve all objections not stated herein. | | | |
| 36 | iLink_067720-730 | Borrower Appeal of Final SBA Loan Review Decision dated 9/19/2022 (Sept. 19, 2022) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); subsequent remedial measures (FRE 407)—improper use of subsequent conduct to establish that Defendants' prior conduct was wrongful or deficient. Defendants reserve all objections not stated herein. | | | |
| 37 | iLink_067731-785 | Ayala Declaration w/ Internal Exhibits A-D (Sept. 19, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802). Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 38 | iLink_053971-73 | Email Chain from 3/13/23 between from IBM's lawyers, Younger & Associates and Bank of America re: PPP loan Documents (Mar. 13, 2023) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802). Defendants reserve all objections not stated herein. | | | |
| 39 | iLink_000001-02 | IEC Form 940 for 2019 (Feb. 12, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 40 | iLink_000003-34 | IEC Form 941 for Q1 2020 (May 12, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 41 | iLink_050330-39 | Email from Jeff Hildebrandt (Live Oak Bank) to Ayala re: Building Purchase Proposal on 7/28/2020 (July 28, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 42 | iLink_050328 | Email to Gabriel Ayala from Tax Lady's Deanna Mancilla (July 27, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 43 | iLink_050329 (Excel File) | Attachment of Wages to Email to Gabriel Ayala from Tax Lady's Deanna Mancilla (July 27, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 44 | iLink_086514-15 | Emails between Evelyn Ayala and CLW Group's Rocio Hernandez (Apr. 17, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 45 | iLink_073281-83 | Email from Gabriel Ayala to Benjamin Goldburd attaching table (Sept. 16, 2022)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 46 | iLink_061747 | Email correspondence from Ayala to Heather Carrillo (Environmental Site Maintenance) and Denise (ilinkmanagement) (Apr. 22, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 47 | iLink_038862-863 | IBM Memorandum from Ayala to all clients dated 4/21/2020 (Apr. 21, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 48 | iLink_090674 | Ivan Estrada Employment Verification (Nov. 30, 2021)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 49 | iLink_052997-3004 | Email chain between Ayala, Denise Sepulveda, Marisol Rodriguez, Claudia Rodriguez, and Robert Rojas and Gabriel Ayala and Veronica Lake from 6/11/2020 (June 11, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 50 | Not Used | | | |
| 51 | Not Used | | | |
| 52 | Not Used | | | |
| 53 | Not Used | | | |
| 54 | iLink_039789-806 | IBM 2020 BofA Checking Account Ledger (May) (May 31, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 55 | iLink_039681-710 | IBM 2020 BofA Checking Account Ledger (July) (July 31, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 56 | iLink_039770-87 | IBM 2020 BofA Checking Account Ledger (June) (June 30, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 57 | iLink_055155-72 | IBM 2020 BofA Checking Account Ledger (August) (Aug. 31, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 58 | iLink_002692-95 | Emails between Pacific Premier Bank's Matthew Alsua and Gabriel Ayala (July 30, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 59 | iLink_091155-1156 | IEC Q1 2020 Form 941 (Apr. 7, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 60 | iLink_091167-68 | IEC Q2 2020 Form 941 (July 12, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 61 | iLink_091163-66 | IEC Q3 2020 Form 941 (Oct. 30, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 62 | iLink_000066-080 | IEC 2020 Tax Returns (Federal & CA) signed 9/15/2021 (Sept. 15, 2021) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 63 | iLink_000175-179 | IEC 2019 Form 1120-S (S-Corp Tax Return) dated 3/12/20 (Mar. 12, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 64 | iLink_000275-306 | IEC Form 941 (Q1 2020), EDD DE 9 Filing, and Underlying Payroll Register (REDACTED / FILED UNDER SEAL) (May 12, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 65 | iLink_000975-76 | IEC Q2 2020 Form 941 (July 12, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 66 | iLink_000971-974 | Third quarter 2020 Form 941 for IEC signed 10/30/20 (Oct. 30, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 67 | iLink_000999-1002 | IBM Q3 2020 Form 941 (Nov. 27, 2023)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 68 | iLink_091084-97 | IEC PPP Loan Forgiveness Form (Mar. 5, 2024) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802). Defendants reserve all objections not stated herein. | | | |
| 69 | Not Used | | | |
| 70 | Not Used | | | |
| 71 | Bently_iLink-00000728-85 | iLink Business 2019 Tax and EDD (Oct. 15, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 72 | Bently_iLink-00001152-87 | iLink Business 2020 Tax and EDD (Sept. 15, 2021) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 73 | Bently_iLink-00001721-1867 | iLink Business 2021 Bank statements (January) (Jan. 31, 2021) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 74 | Bently_iLink-0000002-277 | iLink Business 6994 Bank statements (June) (June 30, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 75 | Bently_iLink-00001209-20 | iLink Business 2827 Bank statements (July) (July 31, 2021) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 76 | Bently_iLink-00001310-1510 | iLink Business 7074 Bank statements (October 2022) (Oct. 31, 2022) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 77 | Bently_iLink-00000674-727 | iLink Employers 2019 Tax and EDD (Mar. 12, 2021) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 78 | Not Used | | | |
| 79 | Bently_iLink-00001093-1151 | iLink Employers 2020 Tax and EDD (Sept. 15, 2021) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 80 | Bently_iLink-00000278-578 | iLink Business 2019 Bank statements (Aug. 31, 2019) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 81 | Benty_iLink-00001189-91<br>Benty_iLink-00001205-08<br>Benty_iLink-00001201-04<br>Benty_iLink-00001197-1200<br>Benty_iLink-00001192-96<br>Benty_iLink-00<br>Benty_iLink-00<br>Benty_iLink-00<br>Benty_iLink-00<br>Benty_iLink-00<br>Benty_iLink-00 | Compilation of bank statements from Premiere Pacific Bank (Dec. 31, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); rule of completeness (FRE 106). Defendants reserve all objections not stated herein. | | | |
| 82 | Bently_iLink-00001221-76 | iLink Employers 2021 Bank statements (Jan. 29, 2021) | | |
| | Defendants reserve all objections not stated herein. Lack of authentication (Fed. R. Evid. 901(a)); lack of foundation for the business-records exception (Fed. R. Evid. 803(6)); no custodian or qualified witness has established that the records were kept in the ordinary course of business. | | | |
| 83 | Bently_iLink-00001511-55 | iLink Employers January 2022 Bank statements (Jan. 31, 2022)* | | |
| | Defendants reserve all objections not stated herein. Lack of authentication (Fed. R. Evid. 901(a)); lack of foundation for the business-records exception (Fed. R. Evid. 803(6)); no custodian or qualified witness has established that the records were kept in the ordinary course of business; relevance (Fed. R. Evid. 401, 402)—the exhibit's relevance has not been established. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 84 | Bently_iLink-00001706-20 | iLink Employers 2022 tax records (Aug. 11, 2026)* | | |
| | Defendants reserve all objections not stated herein. Lack of authentication (Fed. R. Evid. 901(a)); no foundation establishing that the exhibit is a true and accurate copy; hearsay (Fed. R. Evid. 801, 802) to the extent offered for the truth of matters stated therein; relevance (Fed. R. Evid. 401, 402)—the exhibit's relevance has not been established. | | | |
| 85 | iLink_030719-60<br>iLink_039533-79<br>iLink_030669-715<br>iLink_030203-52<br>iLink_030149-201<br>iLink_030099-147<br>iLink_030052-97<br>iLink_029999-30048<br>iLink_029950-97<br>iLink_029901-48<br>iLink_029852-99<br>iLink_039393-440<br>iLink_039346-91<br>iLink_044761-80 | Paycheck compilation (Jan. 22, 2021)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); rule of completeness (FRE 106). Defendants reserve all objections not stated herein. | | | |
| 86 | Not Used | | | |
| 87 | Not Used | | | |
| 88 | Not Used | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 89 | iLink_102710-11<br>iLink_102502-22<br>iLink_102600-23<br>iLink_102527-43<br>iLink_102273-81 | Compilation (IEC 1511 Bank statements) (Aug. 31, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); rule of completeness (FRE 106). Defendants reserve all objections not stated herein. | | | |
| 90 | Not Used | | | |
| 91 | Not Used | | | |
| 92 | iLink_050329 (Excel) (PDF includes metadata) | Document with metadata (July 19, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 93 | Not Used | | | |
| 94 | Not Used | | | |
| 95 | Not Used | | | |
| 96 | DIAMONDPEO000105-08 | iLink Employers 2019-2021 Diamond PEO gross to net (Jan. 9, 2024) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); rule of completeness (FRE 106). Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 97 | iLink_094627-38 | Email, Sept. 2020 iLink Employers New Company (Sept. 1, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); rule of completeness (FRE 106). Defendants reserve all objections not stated herein. | | | |
| 98 | iLink_000275 (includes metadata) | iLink Employers 1Q 941 Form with metadata | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 99 | Bentley000100-105 | Flexible Funding Document (June 30, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 100 | iLink_094758-59 | IBM Form 940 for 2019 (Jan. 31, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 101 | Not Used | | | |
| 102 | Bently_iLink-00001277-1309 | iLink Employers 2021 tax and EDD (June 15, 2022) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 103 | ATFF-0017-22 | Document produced by Plaintiff in this action | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 104 | ATFF-0039-48 | Cross-complaint by High Tech Logistics, LLC against iLink Business Management, Inc. in iLink Business Management, Inc. v. High Tech Logistics, LLC, No. CVRI2404668 (Cal. Super. Ct., Riverside Cnty.) (Aug. 29, 2024) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 105 | Bently_iLink-00001189-1191 | Pacific Premier Bank statement of account activity for iLink Employers Company from 7/30/2020 - 8/31/2020. (Aug. 31, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 106 | DIAMONDPEO000038-104 | Payroll Gross to Net summary by employee for iLink Business Management (Dec. 31, 2021) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 107 | iLink_000250 | Fourth quarter 2019 California EDD Form DE 9 (Quarterly Contribution Return and Report of Wages) for IEC dated 2/12/2020 (Feb. 12, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 108 | iLink_001243-377 | Employee W-2s listing iLink Employers Company as employer for 2021* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 109 | iLink_050330 | Email from Jeff Hildebrandt (Live Oak Bank) to Ayala re: Building Purchase Proposal on 7/28/2020 (July 28, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 110 | iLink_050331-339 | Live Oak Bank Building Purchase Financing Proposal for iLink Business Management (July 28, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 111 | iLink_052269-70 | Email chain between Ayala and Harvest from 7/28-7/29/2020 re:PPP Loan Application No. 2020072802 (July 29, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 112 | iLink_052514-517 | Executed PPP Promissory Note between Bank of America and IBM dated 4/21/2020 | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 113 | iLink_053974-975 | IEC's Statement and Designation by Foreign Corporation filed 7/22/20 (July 22, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 114 | iLink_061702-706 | Delaware certificate of incorporation documents for IEC* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 115 | iLink_064878-79 | Correspondence including Ayala (Apr. 20, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 116 | Not Used | Attachment to iLink_064878 (Ex. 115) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 117 | iLink_069847-8 | Employee W-2s listing iLink Employers Company as employer for 2020* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 118 | iLink_071757-58 | Email Chain Between Ayala, Bessoir/Scannavino (IMG), and Stephens/Rogers (Meadows Bank) from 9/21/20 re: Signed SBA Loan Documents and Outstanding Needs List Items (Sept. 21, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 119 | iLink_071759-771 | Real Estate Lease dated 9/18/2020 between Ayala ("Landlord") and IBM ("Tenant") for property at 9491 Pittsburgh Ave, Rancho Cucamonga, CA; SBA 7(a) Program loan documents (Sept. 18, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |
| 120 | iLink_073019 | Email from Ayala to Harvest transmitting updated PPP dated 7/29/2020 (July 29, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); unfair prejudice/jury confusion (FRE 403); Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 121 | iLink_073020-023 | Amended PPP Borrower Application Form for iLink Employers Company (July 27, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 122 | iLink_074627-38 | Email correspondence between Ayala and Spencer MacDougall on 09/01/2020 with corresponding documents on 9/1/2020 (Sept. 1, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 123 | iLink_091433-37 | Rate agreement between IBM and High Tech Logistics DATED 4/1/19 (Apr. 1, 2019)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403).<br><br>Co-Defendants IEC and Mr. Ayala were not parties to the Rate Agreement. To the extent Relator seeks to offer the Agreement against IEC or Mr. Ayala, it constitutes inadmissible hearsay and is not relevant to their conduct, knowledge, or obligations. Any marginal relevance is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury. Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 124 | iLink_091583-587 | Rate agreement between IBM (unsigned) and Capitol Logistics (Feb. 24, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403).<br><br>Co-Defendants IEC and Mr. Ayala were not parties to the Rate Agreement. To the extent Relator seeks to offer the Agreement against IEC or Mr. Ayala, it constitutes inadmissible hearsay and is not relevant to their conduct, knowledge, or obligations. Any marginal relevance is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury. Defendants reserve all objections not stated herein. | | | |
| 125 | iLink_094569-71 | Rate agreement between IBM & IEC and Instaship LLP (Oct. 1, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403).<br><br>Co-Defendants IEC and Mr. Ayala were not parties to the Rate Agreement. To the extent Relator seeks to offer the Agreement against IEC or Mr. Ayala, it constitutes inadmissible hearsay and is not relevant to their conduct, knowledge, or obligations. Any marginal relevance is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury. Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 126 | iLink_095653-63 | Letter from the U.S. Department of Justice to counsel for Defendants (Sept. 23, 2024) | | |
| | Defendants' Objections: Confidential settlement and compromise communications (FRE 408); foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 127 | iLink_111735-39 | iLink Employers Company California EDD Form DE 1 registration form | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 128 | iLink_111740-85 | California EDD Form DE 9C wage reports for iLink Employers Company (Q1 2019-Q2 2023) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 129 | iLink_111786-810 | California EDD Form DE 9 report for iLink Employers Company | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 130 | iLink_111811-13 | SBA Certificate of Indebtedness for IEC (Aug. 26, 2024)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 131 | iLink_111896-902 | IEC PPP Affiliation Worksheet | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 132 | iLink_111903-2049 | iLink Business Management PPP Loan Application (Apr. 3, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802). Defendants reserve all objections not stated herein. | | | |
| 133 | iLink_112051-56 | iLink Employers Company Second Draw PPP Borrower Application Form (Jan. 24, 2021)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 134 | iLink_112057-62 | iLink Business Management Second Draw PPP Borrower Application Form (Jan. 20, 2021)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 135 | iLink_112063 | iLink Employers Company Payroll Summary (Jan. 1, 2020–Dec. 31, 2020) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 136 | iLink_112069 | Letter from Town & Country Escrow Corp. to Ayala re: Escrow at 8590 Utica Avenue (Jan. 23, 2017)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 137 | iLink_112071-87 | Uniform Residential Loan Application re: 6264 Golden Trails Avenue (June 22, 2022)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 138 | iLink_112088-105 | Uniform Residential Loan Application re: 2406 Lyric Avenue (June 28, 2022)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 139 | iLink_112106 | Buyer's Final Settlement Statement re: 2406 Lyric Avenue (Sept. 16, 2022)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 140 | iLink_112107-18 | Buyer/Borrower Statement re: 9491 Pittsburgh Avenue (Sept. 25, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 141 | iLink_112122-23 | Master Final Settlement Statement re: 6264 Golden Trails Avenue (June 24, 2022)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 142 | | Relator's Responses and Objections to Defendants' First Set of Interrogatories (July 16, 2026)* | | |
| | Defendants' Objections: Relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 143 | | PACER docket sheet for Relator, LLC v. Brown, No. 0:24-cv-60249 (S.D. Fla.) (June 3, 2025)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 144 | | U.S. DOJ / FBI press release, "How the FBI is Combating COVID-19 Related Fraud" (Jan. 12, 2024)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 145 | | U.S. DOJ press release, "Southern California Dental Offices and Former Owners Pay $6.3M to Resolve False Claims Act Allegations Relating to Improper Paycheck Protection Program Loans" (Aug. 8, 2024)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 146 | | U.S. SBA Office of Inspector General White Paper Report 23-09, "COVID-19 Pandemic EIDL and PPP Loan Fraud Landscape" (June 27, 2023)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |
| 147 | | U.S. DOJ press release, "California Businessman and His Companies Resolve False Claims Act Allegations Relating to Improper Paycheck Protection Program Loans" (Sept. 12, 2024)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); improper character evidence (Fed. R. Evid. 404(b)). Defendants reserve all objections not stated herein. | | | |
| 148 | | Print-out of IRS "About Form 941-X, Adjusted Employer's Quarterly Federal Tax Return or Claim for Refund" webpage* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403). Defendants reserve all objections not stated herein. | | | |

| **Ex. No.**[1] | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 149 | | Printout of Delaware Division of Revenue Webpage: "Step 2: Requirements for Delaware Businesses" accessed 8/17/26 (Aug. 17, 2026)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); improper legal conclusions or opinions concerning the meaning, interpretation, or application of governing law. Defendants reserve all objections not stated herein. | | | |
| 150 | | SBA Paycheck Protection Program Frequently Asked Questions (FAQs) dated 4/24/2020 (Apr. 24, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); improper legal conclusions or opinions concerning the meaning, interpretation, or application of governing law. Defendants reserve all objections not stated herein. | | | |
| 151 | | SBA Interim Final Rules Implementing the Paycheck Protection Program (85 Fed. Reg. 20811 & 20817) (Apr. 15, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); improper legal conclusions or opinions concerning the meaning, interpretation, or application of governing law. Defendants reserve all objections not stated herein. | | | |

| Ex. No.[1] | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 152 | | SBA Interim Final Rule on PPP Promissory Notes, Authorizations, Affiliation, and Eligibility (85 Fed. Reg. 23450) (Apr. 28, 2020)* | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); improper legal conclusions or opinions concerning the meaning, interpretation, or application of governing law. Defendants reserve all objections not stated herein. | | | |
| 153 | | SBA Office of Hearings and Appeals Decision Denying Petition for Reconsideration, Appeal of Windsor Court Hotel Partners LLC (Sept. 13, 2022) | | |
| | Defendants' Objections: Lacks foundation/authentication (FRE 602, 901); hearsay (FRE 801, 802); relevance (FRE 401, 402); unfair prejudice/jury confusion (FRE 403); OHA decisions are expressly non-precedential (13 C.F.R. § 134.1211(e)) and this decision involves a different borrower and materially different facts. Defendants reserve all objections not stated herein. | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| **DEFENDANTS' EXHIBITS** | | | | |
| 200 | | Plaintiff's First Supplemental Responses & Objections to Defendants' First Set of Interrogatories (Aug. 17, 2026) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 608(b).<br><br>Irrelevant, confusing, and prejudicial to the extent offered to suggest anything about: Relator's insider or outsider status in this or other qui tam actions; Relator's identity, business purpose, or business manager's identities; the number of qui tam actions Relator has filed; Relator's allegations or investigative methodology in other qui tam actions; the outcome of Relator's other qui tam actions, including any dismissal on public disclosure bar grounds; and specific instances of Relator's or its business manager's conduct, which may not be proved by extrinsic evidence to attack or support the witness's character for truthfulness, none of which are part of any element of an FCA claim, public disclosure bar, and does not bear on any fact material to Defendants liability. Fed. R. Evid. 401, 402, 403, 608(b).<br><br>Relator does not object to the authenticity of his own discovery responses or to their use for purposes other than those identified above. | | | |
| 201 | | Defendants' First Supplemental Response to Plaintiff's First Set of Interrogatories (May 20, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 200, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 608(b). | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 202 | ATFF-0001 | PPP Loan information for IEC (Loan No. 1204458210) | | |
| | Plaintiff's Objections: | | | |
| 203 | ATFF-0003 | PPP Loan information for IBM (Loan No. 6212137705) | | |
| | Plaintiff's Objections: | | | |
| 204 | ATFF-0006 | CA Secretary of State "Statement and Designation by Foreign Corporation" for IEC | | |
| | Plaintiff's Objections: | | | |
| 205 | ATFF-0014 | Propertyshark.com printout re: 9491 Pittsburgh Avenue | | |
| | Plaintiff's Objections: | | | |
| 206 | ATFF-0049 | CA Secretary of State "Amendment of Articles of Organization" for Relator LLC (Jan. 20, 2026) | | |
| | Plaintiff's Objections: | | | |
| 207 | ATFF-0051 | CA Secretary of State "Articles of Organization" for Relator LLC (May 31, 2022) | | |
| | Plaintiff's Objections: | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 208 | ATFF-0052 | CA Secretary of State "Statement of Information" for Relator LLC (Dec. 22, 2022) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403. Irrelevant, confusing, and prejudicial as Relator's identity, business purpose, and business manager's identities are not elements of an FCA claim or defense. Fed. R. Evid. 401, 402, 403. | | | |
| 209 | iLink_000194 | IEC Form 1120-S tax return (PII redacted) (2019) | | |
| | Plaintiff's Objections: Fed. R. Evid. 403, 901. The tax return is dated March 12, 2020 and is offered as a 2019 tax return, but contains a future "7/20/2020" date of incorporation. A copy of this return with the date of March 12, 2021 appeared in Ms. Bently's files, and Bently confirmed in sworn testimony that she submitted IEC's 2019 tax form in March 2021 and not March 2020. Ex. 77 at 674. Fed. R. Evid. 901. Any probative value is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury. Fed. R. Evid. 403. | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 210 | iLink_027896 | Email chain between Lauren Olsen and Gabriel Ayala (Aug. 17, 2021 – July 18, 2022) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6).<br><br>Not authenticated. The emails and their attachments have not been authenticated by a records-custodian certification or other evidence sufficient to establish that they are what Defendants claim them to be. Fed. R. Evid. 901, 902(11).<br><br>Hearsay. To the extent offered for the truth of the matters stated, the emails are Defendants' own out-of-court statements, offered by Defendants, and are not statements of an opposing party. Fed. R. Evid. 801, 802. No custodian foundation has been laid for the business-records exception. Fed. R. Evid. 803(6).<br><br>Irrelevant. Defendants' correspondence with their banks concerning account administration, loan processing, and the transmittal of payroll and tax documents does not bear on whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Fed. R. Evid. 401, 402, 403. | | | |
| 211 | iLink_031117 | CA Secretary of State Certification of Qualification & "Statement and Designation by Foreign Corporation" for IEC (July 22, 2022) | | |
| | Plaintiff's Objections: | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 212 | iLink_036613 | PPP Application Addendum for IBM | | |
| | Plaintiff's Objections: Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6).<br><br>Not authenticated. The application documents have not been authenticated by a records-custodian certification or other evidence sufficient to establish that they are the applications and addenda as prepared and submitted. Fed. R. Evid. 901, 902(11). To the extent Defendants' copies conflict in material respects with the versions authenticated by Defendants' tax preparer, Darlene Bently, or with other versions produced by Defendants, a genuine question exists as to the authenticity of the original and/or the circumstances make it unfair to admit the duplicate in lieu of the original. Fed. R. Evid. 1002, 1003.<br><br>Hearsay. To the extent offered for the truth of the payroll, headcount, or eligibility representations therein, the documents are Defendants' own out-of-court statements, offered by Defendants, and are not statements of an opposing party. Fed. R. Evid. 801, 802. No custodian foundation has been laid for the business-records exception. Fed. R. Evid. 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 213 | iLink_039680 | Real Estate Schedule for Alvaro Gabriel Ayala | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802.<br><br>Not authenticated. The schedule is an attachment to a November 2020 email chain with Defendants' tax preparer concerning an application through International Marketing Group for a Main Street Loan, and has not been authenticated by a records-custodian certification or other evidence sufficient to establish that it is what Defendants claim it to be, who prepared it, or from what underlying records it was generated. Fed. R. Evid. 901, 902(11).<br><br>Hearsay. To the extent offered for the truth of the holdings and values listed, the schedule is Defendants' own out-of-court statement, offered by Defendants, and is not a statement of an opposing party. Fed. R. Evid. 801, 802.<br><br>Irrelevant. Mr. Ayala's personal real estate holdings, and a separate application for a different loan program, do not bear on whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Fed. R. Evid. 401, 402, 403. | | | |
| 214 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 215 | iLink_048889 | Email from BofA to Gabriel Ayala (Aug. 27, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 216 | iLink_052267 | Email chain between Harvest's Lupe-Bautista-Butz and Gabriel Ayala (July 28–29, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 217 | iLink_052271 | Email chain between Harvest's Lupe-Bautista-Butz and Gabriel Ayala (July 28–29, 2020) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403<br><br>Misleading, confusing, and irrelevant to the extent Defendants offer this evidence to establish that a borrower was excused from complying with otherwise applicable PPP requirements or that Defendants could not have acted knowingly despite deliberate ignorance or reckless disregard of the truth or falsity of their representations. 31 U.S.C. § 3729(b)(1) (defining "knowingly" as including "deliberate ignorance" and "reckless disregard" of the "truth or falsity of the information"). Fed. R. Evid. 401, 402, 403. | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 218 | iLink_052297 | Email chain between Mary Morris and Gabriel Ayala (Apr. 18–20, 2020) | | |
| | Plaintiff's Objections: Fed. R. Evid. 801, 802, 403, 602, 701.<br><br>The Bank's out of court statements are improper hearsay to the extent they are offered to prove the bank's review process was approving Defendant's false certifications. Fed. R. Evid. 801, 802. Misleading, confusing and irrelevant to the extent Defendants offer this evidence to establish that a borrower was excused from complying with otherwise applicable PPP requirements or that Defendants could not have acted knowingly despite deliberate ignorance or reckless disregard of the truth or falsity of their representations. 31 U.S.C. § 3729(b)(1) (defining "knowingly" as including "deliberate ignorance" and "reckless disregard" of the "truth or falsity of the information"). Fed. R. Evid. 403. Lacks foundation, is speculative, and improper opinion testimony with respect to the bank's review process. Fed. R. Evid. 602, 701. | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 219 | iLink_056860 | Email chain between BofA representatives and Gabriel Ayala and Ayala/Spencer MacDougall (Apr. 3–16, 2020) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 701, 801, 802. The Bank's out of court statements are improper hearsay to the extent they are offered to prove the bank's review process was approving Defendant's false certifications. Fed. R. Evid. 801, 802.<br><br>Misleading, confusing and irrelevant to the extent Defendants offer this evidence to establish that a borrower was excused from complying with otherwise applicable PPP requirements or that Defendants could not have acted knowingly despite deliberate ignorance or reckless disregard of the truth or falsity of their representations. 31 U.S.C. § 3729(b)(1) (defining "knowingly" as including "deliberate ignorance" and "reckless disregard" of the "truth or falsity of the information"). Fed. R. Evid. 401, 402, 403. Lacks foundation, is speculative, and improper opinion testimony with respect to the bank's review process. Fed. R. Evid. 602, 701. | | | |
| 220 | iLink_061702 | Delaware Certificate of Incorporation for IEC (Oct. 11, 2019) | | |
| | Plaintiff's Objections: | | | |
| 221 | iLink_071759 | Compilation: Real Estate Lease (Ayala/IBM, Sept. 18, 2020); SBA 7(a) Borrower Info Form; Letter to Meadows Bank; Regulation B Notice of Intent (Aug. 10, 2020) (Aug. 10 – Sept. 18, 2020) | | |
| | Plaintiff's Objections: | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 222 | iLink_072738 | Email chain between Gabriel Ayala and Spencer MacDougall (Apr. 11–16, 2020) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802.<br><br>Improper out of court statements by a third party to the extent offered to prove Defendants were eligible for the PPP loans in issue. Fed. R. Evid. 801, 802.<br><br>Irrelevant, and prejudicial in that Mr. MacDougall's purported advice on average payroll for an unspecified company does not bear on any claim or defense or whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Fed. R. Evid. 401, 402, 403. | | | |
| 223 | iLink_073020 | PPP Borrower Application Form for IEC (PII redacted) (July 27, 2020) | | |
| | Plaintiff's Objections: | | | |
| 224 | iLink_073097 | Payroll Journal Report for IEC (PII redacted) (Oct. 1 – Dec. 31, 2019) | | |
| | Plaintiff's Objections: Fed. R. Evid. 801, 802, 803(6), 901.<br><br>The document lacks authenticity in that it is a self-created payroll journal of unknown origin, underlying primary sources, reliability, or validity. The document does not indicate which "iLink" entity the journal is for, and the evidence strongly suggests that the employee wages reported were those of IBM, not IEC. Fed. R. Evid. 901. The document is offered for the truth of the reported payroll figures without proper foundation, and appears to have been recreated or created for purposes of the litigation or the PPP application itself rather than kept in the ordinary course. Fed. R. Evid. 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 225 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 226 | iLink_078463 | Email chain between Gabriel Ayala and Harvest's Lauren Olsen (Aug. 17, 2021 – Sept. 16, 2022) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 701, 801, 802.<br><br>Improper out of court statement to the extent offered to prove Defendant's eligibility for PPP loan. Fed. R. Evid. 801, 802.<br><br>Misleading, confusing, and irrelevant to the extent Defendants offer this evidence to establish that a borrower was excused from complying with otherwise applicable PPP requirements or that Defendants could not have acted knowingly despite deliberate ignorance or reckless disregard of the truth or falsity of their representations. 31 U.S.C. § 3729(b)(1) (defining "knowingly" as including "deliberate ignorance" and "reckless disregard" of the "truth or falsity of the information"). Fed. R. Evid. 401, 402, 403. Lacks foundation, is speculative, and improper opinion testimony with respect to the bank's review process. Fed. R. Evid. 602, 701. | | | |
| 227 | iLink_082232 | Profit and Loss Statement for IEC (Oct. – Dec. 2019) | | |
| | Plaintiff's Objections: Fed. R. Evid. 801, 802, 803(6), 901. The document, which has no foundation indicating its origin, underlying sources, or reliability, and appears to have been created for purposes of the litigation or the PPP application itself rather than kept in the ordinary course. Fed. R. Evid. 901. Inadmissible hearsay in that it is an out-of-court statement offered for the truth of the reported profits and losses figures without proper foundation. Fed. R. Evid. 801, 802, 803(6). | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 228 | iLink_083099 | Email from Darlene Bently to Gabriel Ayala (July 21, 2020) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802.<br><br>Improper out of court statements by a third party to the extent offered to prove Defendants were eligible for the PPP loans in issue, and does not bear on any claim or defense or whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Fed. R. Evid. 401, 402, 403, 801, 802. | | | |
| 229 | iLink_087261 | Declaration of A. Gabriel Ayala ISO IBM's Appeal of SBA Loan Review Decision (Sept. 19, 2020) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802.<br><br>Improper out of court statements by a third party to the extent offered to prove Defendants were eligible for the PPP loans in issue. Fed. R. Evid. 801, 802.<br><br>Irrelevant, and prejudicial in that Mr. MacDougall's purported advice on how to calculate payroll amounts for loan forgiveness does not bear on any claim or defense or whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Fed. R. Evid. 401, 402, 403. | | | |
| 230 | iLink_087337 | PPP Final SBA Loan Review Decision for IBM (Loan No. 6212137705) (Aug. 17, 2022) | | |
| | Plaintiff's Objections: | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 231 | iLink_091066 | PPP Loan Forgiveness Application (Form 3508EZ) for IEC (PII redacted) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 212, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6). | | | |
| 232 | iLink_091486 | IBM advertising materials | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802.<br><br>Hearsay to the extent Defendants offer statements contained in their own advertising for the truth of Defendants' financial condition during COVID. Fed. R. Evid. 801, 802. The advertising does not bear on whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted, and any limited probative value is substantially outweighed by the danger of confusing the issues or misleading the jury. Fed. R. Evid. 401, 402, 403. | | | |
| 233 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 234 | | Not Used | | |
| | Plaintiff's Objections: | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 235 | iLink_091293 | Correspondence from IBM to U.S. Department of the Treasury (Jan. 7, 2020) | | |
| | Plaintiff's Objections: Fed. R. Evid. 801, 802, 401, 402, 403, 408.<br><br>Improper hearsay to the extent the emails contain out of court statements offered to prove the loans were procured without fraud and Defendants were eligible. Fed. R. Evid. 801, 802.<br><br>To the extent the emails contain statements made during compromise negotiations concerning a disputed claim and are offered to prove or disprove the validity or amount of that claim, they are inadmissible under Fed. R. Evid. 408.<br><br>Irrelevant, confusing and misleading in that such statements are not probative of whether Defendants' PPP loan application or forgiveness certification were false, material, or knowingly submitted. Fed. R. Evid. 401, 402, 403. | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 236 | iLink_053187 | Bank of America, 3250 1328 6994 (Sept. 2019) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802, 803(6), 901, 902(11).<br><br>Not authenticated. The statements have not been authenticated by a records-custodian certification or other evidence sufficient to establish that they are what Defendants claim them to be. To the extent offered for the truth of the transactions and balances reflected therein, the statements are hearsay, and no foundation has been laid establishing the requirements of the business-records exception. Fed. R. Evid. 801, 802, 803(6), 901, 902(11).<br><br>Needlessly cumulative. Seventy-seven monthly statements for five accounts are offered to establish the same point, and any incremental probative value is substantially outweighed by the danger of needlessly presenting cumulative evidence and wasting time. Fed. R. Evid. 403.<br><br>Irrelevant and prejudicial. Money is fungible, and account balances do not, without more, establish whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Any limited probative value is substantially outweighed by the danger of confusing the issues or misleading the jury. Fed. R. Evid. 401, 402, 403. | | | |
| 237 | iLink_086702 | Bank of America, 3250 1328 6994 (Oct. 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 238 | iLink_068863 | Bank of America, 3250 1328 6994 (Nov. 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 239 | iLink_102121 | Bank of America, 3250 1328 6994 (Dec. 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 240 | iLink_059300 | Bank of America, 3250 1328 6994 (Jan. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 241 | iLink_059636 | Bank of America, 3250 1328 6994 (Feb. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 242 | iLink_059940 | Bank of America, 3250 1328 6994 (Mar. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 243 | iLink_082493 | Bank of America, 3250 1328 6994 (Apr. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 244 | iLink_039857 | Bank of America, 3250 1328 6994 (May 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 245 | iLink_039878 | Bank of America, 3250 1328 6994 (June 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 246 | iLink_039711 | Bank of America, 3250 1328 6994 (July 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 247 | iLink_055219 | Bank of America, 3250 1328 6994 (Aug. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 248 | iLink_040141 | Bank of America, 3250 1328 6994 (Sept. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 249 | iLink_029453 | Bank of America, 3250 1328 6994 (Oct. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 250 | iLink_029465 | Bank of America, 3250 1328 6994 (Nov. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 251 | iLink_029461 | Bank of America, 3250 1328 6994 (Dec. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 252 | iLink_020105 | Bank of America, 3250 1328 6994 (Jan. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 253 | iLink_019758 | Bank of America, 3250 1328 6994 (Feb. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 254 | iLink_019541 | Bank of America, 3250 1328 6994 (Mar. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 255 | iLink_049925 | Bank of America, 3250 1328 6994 (Apr. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 256 | iLink_044605 | Bank of America, 3250 1328 6994 (May 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 257 | iLink_044609 | Bank of America, 3250 1328 6994 (June 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 258 | iLink_069802 | Bank of America, 3250 1328 7016 (Sept. 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 259 | iLink_051984 | Bank of America, 3250 1328 7016 (Oct. 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 260 | iLink_068851 | Bank of America, 3250 1328 7016 (Nov. 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 261 | iLink_083416 | Bank of America, 3250 1328 7016 (Dec. 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 262 | iLink_069882 | Bank of America, 3250 1328 7016 (Jan. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 263 | iLink_078036 | Bank of America, 3250 1328 7016 (Feb. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 264 | iLink_069906 | Bank of America, 3250 1328 7016 (Mar. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 265 | iLink_039808 | Bank of America, 3250 1328 7016 (Apr. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 266 | iLink_039789 | Bank of America, 3250 1328 7016 (May 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 267 | iLink_039770 | Bank of America, 3250 1328 7016 (June 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 268 | iLink_039681 | Bank of America, 3250 1328 7016 (July 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 269 | iLink_024863 | Bank of America, 3250 1328 7016 (Aug. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 270 | iLink_024881 | Bank of America, 3250 1328 7016 (Sept. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 271 | iLink_024901 | Bank of America, 3250 1328 7016 (Oct. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 272 | iLink_033069 | Bank of America, 3250 1328 7016 (Nov. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 273 | iLink_032480 | Bank of America, 3250 1328 7016 (Dec. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 274 | iLink_019363 | Bank of America, 3250 1328 7016 (Jan. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 275 | iLink_048930 | Bank of America, 3250 1328 7016 (Feb. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 276 | iLink_019716 | Bank of America, 3250 1328 7016 (Mar. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 277 | iLink_049344 | Bank of America, 3250 1328 7016 (Apr. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 278 | iLink_044035 | Bank of America, 3250 1328 7016 (May 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 279 | iLink_043587 | Bank of America, 3250 1328 7016 (June 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 280 | iLink_106441 | Bank of America, 3250 4629 8742 (Sept. 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 281 | iLink_107789 | Bank of America, 3250 4629 8742 (Dec. 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 282 | iLink_108573 | Bank of America, 3250 4629 8742 (Jan. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 283 | iLink_108597 | Bank of America, 3250 4629 8742 (Feb. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 284 | iLink_108603 | Bank of America, 3250 4629 8742 (Mar. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 285 | iLink_108549 | Bank of America, 3250 4629 8742 (May 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 286 | iLink_108567 | Bank of America, 3250 4629 8742 (June 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 287 | iLink_103484 | Bank of America, 3250 4629 8742 (Jan. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 288 | iLink_103480 | Bank of America, 3250 4629 8742 (Feb. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 289 | iLink_103476 | Bank of America, 3250 4629 8742 (Mar. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 290 | iLink_102730 | Bank of America, 3250 4629 8742 (Apr. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 291 | iLink_050301 | Bank of America, 3250 4629 8742 (May 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 292 | iLink_050297 | Bank of America, 3250 4629 8742 (June 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 293 | iLink_102752 | Premier, 800 020 1201 (Aug. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 294 | iLink_103072 | Premier, 800 020 1201 (Sept. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 295 | iLink_102472 | Premier, 800 020 1201 (Oct. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 296 | iLink_105550 | Premier, 800 020 1201 (Nov. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 297 | iLink_102791 | Premier, 800 020 1201 (Dec. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 298 | iLink_054974 | Premier, 800 020 1201 (Jan. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 299 | iLink_054980 | Premier, 800 020 1201 (Feb. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 300 | iLink_054985 | Premier, 800 020 1201 (Mar. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 301 | iLink_054996 | Premier, 800 020 1201 (Apr. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 302 | iLink_055001 | Premier, 800 020 1201 (May 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 303 | iLink_055005 | Premier, 800 020 1201 (June 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 304 | iLink_056785 | Premier, 800 020 1201 (July 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 305 | iLink_056793 | Premier, 800 020 1201 (Aug. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 306 | iLink_056789 | Premier, 800 020 1201 (Sept. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 307 | iLink_056781 | Premier, 800 020 1201 (Oct. 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 308 | iLink_102710 | Premier, 800 020 1511 (Aug. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 309 | iLink_102502 | Premier, 800 020 1511 (Sept. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 310 | iLink_102600 | Premier, 800 020 1511 (Oct. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 311 | iLink_102527 | Premier, 800 020 1511 (Nov. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 312 | iLink_102273 | Premier, 800 020 1511 (Dec. 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 236, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 313 | iLink_095463 | Email communication between Hannah Friedman, Lauren Olsen, Gabriel Ayala, and Rachel Fiset (Mar. 5 – Apr. 2, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 314 | iLink_095485 | Email communication between Lauren Olsen, Hannah Friedman, Rachel Fiset, and Gabriel Ayala (Mar. 5, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 315 | iLink_095488 | Email communication between Lauren Olsen and Hannah Friedman (Mar. 5, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 316 | iLink_095504 | Email communication between Lauren Olsen, Hannah Friedman, Gabriel Ayala, and Rachel Fiset (Mar. 5, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 317 | iLink_095507 | Email communication between Lauren Olsen and Gabriel Ayala (Aug. 17, 2021 – July 13, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 318 | iLink_095521 | Email communication between Lauren Olsen and Gabriel Ayala (Aug. 17, 2021 – July 17, 2023) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 319 | iLink_095547 | Email communication between Lauren Olsen, Hannah Friedman, Gabriel Ayala, and Rachel Fiset (Mar. 5 – Apr. 2, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 320 | iLink_095559 | Email communication between Julius Santiago, Hannah Friedman, Gabriel Ayala, Rachel Fiset, and Dawn Utsumi (Apr. 5–10, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 321 | iLink_095561 | Email communication between Julius Santiago, Hannah Friedman, Gabriel Ayala, Rachel Fiset, and Dawn Utsumi (Apr. 5–16, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 322 | iLink_095564 | Email communication between Hannah Friedman, Gabriel Ayala, Lauren Olsen, and Rachel Fiset (Apr. 2–30, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6).<br><br>Incomplete. The exhibit contains redactions that Defendants have never explained, and Defendants have never served a privilege log identifying the basis for withholding the redacted material. Relator objects to admission of the redacted document in lieu of the complete original and to any use of the exhibit that deprives Relator of the omitted portions. Fed. R. Evid. 106, 403. | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 323 | iLink_095568 | Email communication between Rachel Fiset, Gabriel Ayala, Hannah Friedman, and Lauren Olsen (May 8 – June 3, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 322, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6), 106. | | | |
| 324 | iLink_095572 | Email communication between Hannah Friedman, Gabriel Ayala, Rachel Fiset, and Lauren Olsen (May 8–9, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 322, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6), 106. | | | |
| 325 | iLink_095574 | Email communication between Rachel Fiset, Hannah Friedman, Gabriel Ayala, Lauren Olsen, and Cristina Rojas (Mar. 5–8, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 322, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6), 106. | | | |
| 326 | iLink_095583 | Email communication between Gabriel Ayala, Lauren Olsen, Rachel Fiset, and Jeremy Masys (May 8 – July 25, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 327 | iLink_095653 | Letter from Allie Pang to Rachel Fiset, and Jeremy Masys (Sept. 23, 2024) | | |
| | Plaintiff's Objections: Fed. R. Evid. 901, 902(11).<br><br>Not authenticated. The letter has not been authenticated by a records-custodian certification or other evidence sufficient to establish that it is what Defendants claim it to be. Fed. R. Evid. 901, 902(11). | | | |
| 328 | iLink_095664 | Email communication between Allie Pang, Rachel Fiset, Jeremy Masys, and Karen Paik (Sept. 23 – Oct. 3, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 327, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 329 | iLink_091424 | Rate Agreement, Archipelago Lightning (June 4, 2019) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802, 803(6), 901, 902(11).<br><br>Not authenticated. The agreements have not been authenticated by a records-custodian certification or other evidence sufficient to establish that they are what Defendants claim them to be. To the extent statements within the agreements are offered for the truth of factual matters asserted therein, they are hearsay, and no foundation has been laid establishing the requirements of the business-records exception. Fed. R. Evid. 801, 802, 803(6), 901, 902(11).<br><br>Needlessly cumulative. Seventy-six rate agreements are offered to establish the same point, and any incremental probative value is substantially outweighed by the danger of needlessly presenting cumulative evidence and wasting time. Fed. R. Evid. 403.<br><br>Irrelevant and prejudicial. The agreements show that Defendants' clients ultimately paid for the hours worked by Defendants' leased employees, but do not, without more, establish whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Any limited probative value is substantially outweighed by the danger of confusing the issues or misleading the jury. Fed. R. Evid. 401, 402, 403. | | | |
| 330 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 331 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 332 | | Not Used | | |
| | Plaintiff's Objections: | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 333 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 334 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 335 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 336 | iLink_092305 | Rate Agreement, Excel Scientific Inc (Feb. 7, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 337 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 338 | iLink_093410 | Rate Agreement, Yinlun TDI, LLC (Apr. 27, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 339 | iLink_093427 | Rate Agreement, Inland Water Works Supply Co. (Nov. 4, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 340 | iLink_093446 | Rate Agreement, Hydro Quip Inc. (Oct. 16, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 341 | iLink_093483 | Rate Agreement (S), Saxco International (Nov. 29, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 342 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 343 | iLink_093718 | Rate Agreement, James Hardie Building Products Inc. (Mar. 1, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 344 | iLink_093757 | Rate Agreement, United Material Handling, Inc. (Sept. 13, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 345 | | Not Used | | |
| | Plaintiff's Objections: | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 346 | iLink_093853 | Rate Agreement, Inland Valley Recovery Services (Aug. 7, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 347 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 348 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 349 | iLink_094491 | Rate Agreement, Lexmont Logistics Inc. (Apr. 26, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 350 | iLink_094562 | Rate Agreement, GPM Inc. (Apr. 12, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 351 | iLink_094582 | Rate Agreement, Tiger (USA) Global Logistics (Jan. 6, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 352 | iLink_094603 | Rate Agreement, High Tech Logistics (Apr. 1, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 353 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 354 | iLink_094646 | Rate Agreement, James Sage Hill Northwest Inc. (Mar. 8, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 355 | iLink_094669 | Rate Agreement, Gold Pacific USA Inc. (Jan. 10, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 356 | iLink_094705 | Rate Agreement, Quentico LLC (June 12, 2018) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 357 | iLink_094732 | Rate Agreement, Diamond PEO, LLC (Jan. 16, 2018) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 358 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 359 | iLink_094847 | Rate Agreement, Allied Freight Systems, Inc. (Oct. 18, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 360 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 361 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 362 | iLink_094945 | Rate Agreement, Diamond PEO, LLC (Jan. 3, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 363 | iLink_094982 | Rate Agreement, Gale Pacific USA Inc. (Jan. 10, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 364 | iLink_095001 | Rate Agreement, Walnut Transport Inc. (Dec. 16, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 365 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 366 | iLink_095067 | Rate Agreement, SLM Logistics (June 11, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 367 | iLink_095223 | Rate Agreement, KW International (Nov. 23, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 368 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 369 | | Not Used | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: | | | |
| 370 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 371 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 372 | iLink_095602 | Rate Agreement, R.B Dwyer Company, Inc. (July 12, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 373 | iLink_095613 | Rate Agreement, TLC Packaging Inc. (Aug. 31, 2017) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 374 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 375 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 376 | | Not Used | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| | Plaintiff's Objections: | | | |
| 377 | iLink_091569 | Rate Agreement, Boyd Sleep (Oct. 22, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 378 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 379 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 380 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 381 | iLink_092238 | Rate Agreement, Concord Farms (Nov. 17, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 382 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 383 | iLink_092285 | Rate Agreement, Kumho Tire (Jan. 21, 2022) | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 384 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 385 | iLink_093415 | Rate Agreement, Mountain Retail (Jan. 21, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 386 | iLink_093434 | Rate Agreement, Advanced Coating (Oct. 14, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 387 | iLink_093455 | Rate Agreement, Embassy Suites by Hilton Arcadia (May 16, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 388 | iLink_093526 | Rate Agreement, Yoga Industries, Inc. (June 17, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 389 | iLink_093730 | Rate Agreement, Storewide Services, Inc. (May 23, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 390 | iLink_093762 | Rate Agreement, Saxco International (Nov. 29, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 391 | iLink_093774 | Rate Agreement, Gladiator Worldwide Logistics (Jan. 27, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 392 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 393 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 394 | iLink_094479 | Rate Agreement, Gold Pacific USA Inc. (Jan. 10, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 395 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 396 | iLink_094589 | Rate Agreement, Grant Distribution Corporation (Jan. 10, 2021) | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 397 | iLink_094610 | Rate Agreement, Aspen Creative Corporation (Mar. 9, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 398 | iLink_094655 | Rate Agreement, YS & Son (Aug. 21, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 399 | iLink_094675 | Rate Agreement, Diamond PEO, LLC (Feb. 12, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 400 | iLink_094712 | Rate Agreement, Bollore Logistics (Apr. 27, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 401 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 402 | iLink_094824 | Rate Agreement, Minuteman Transport Inc. (July 16, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 403 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 404 | iLink_094865 | Rate Agreement, United Material Handling, Inc. (Aug. 17, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 405 | iLink_094926 | Rate Agreement, Razor USA (Aug. 9, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 406 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 407 | iLink_094988 | Rate Agreement, Garden Age Supply (Oct. 9, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 408 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 409 | iLink_095029 | Rate Agreement, Funrise Inc. (Oct. 29, 2020) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 410 | iLink_095073 | Rate Agreement, Tirehub (May 16, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 411 | iLink_095233 | Rate Agreement, YS & Son (Sept. 15, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 412 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 413 | iLink_095294 | Rate Agreement, DSW Distribution Centers, Inc. (June 17, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 414 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 415 | iLink_095386 | Rate Agreement, Diamond PEO, LLC (Jan. 3, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 416 | iLink_095595 | Rate Agreement, Kids Empire-US (Nov. 29, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 417 | iLink_095619 | Rate Agreement, Team Labeda Test Facility, LLC (Mar. 17, 2017) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 418 | iLink_095631 | Rate Agreement, Wattrans, Inc. (Feb. 16, 2018) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 419 | iLink_091440 | Rate Agreement, NYL Holdings, LLC (Feb. 8, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 420 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 421 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 422 | iLink_091599 | Rate Agreement, Whalen Packaging (June 29, 2021) | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 423 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 424 | iLink_091679 | Rate Agreement, Updike Distribution Center (Aug. 1, 2016) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 425 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 426 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 427 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 428 | iLink_093420 | Rate Agreement, ABN Industries (Nov. 13, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 429 | iLink_093441 | Rate Agreement, Funrise Inc. (Oct. 29, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 430 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 431 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 432 | iLink_093740 | Rate Agreement, KW International (Nov. 18, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 433 | iLink_093766 | Rate Agreement, YS & Son (Aug. 21, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 434 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 435 | iLink_094370 | Rate Agreement, Diamond PEO, LLC (Jan. 3, 2020) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 436 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 437 | iLink_094488 | Rate Agreement, R.B Dwyer Company, Inc. (July 12, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 438 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 439 | iLink_094569 | Rate Agreement, Instaship LLC (Sept. 1, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 440 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 441 | iLink_094616 | Rate Agreement, Walnut Transport Inc. (Dec. 10, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 442 | iLink_094642 | Rate Agreement, Instaship LLC (Sept. 1, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 443 | iLink_094660 | Rate Agreement, ikanik Farms (July 8, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 444 | iLink_094698 | Rate Agreement, US ELogistics (Aug. 9, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 445 | iLink_094812 | Rate Agreement, Intergis USA, Inc. (Sept. 29, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 446 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 447 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 448 | iLink_094932 | Rate Agreement, US ELogistics (Aug. 9, 2019) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 449 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 450 | iLink_094994 | Rate Agreement, Inland Water Works Supply Co. (Nov. 4, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 451 | iLink_095034 | Rate Agreement, Advanced Coating (Oct. 14, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 452 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 453 | iLink_095236 | Rate Agreement, Pantos USA (Sept. 2, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 454 | | Not Used | | |
| | Plaintiff's Objections: | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 455 | iLink_095300 | Rate Agreement, R.B Dwyer Company, Inc. (July 12, 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 456 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 457 | iLink_095358 | Rate Agreement, Capitol Logistics (Feb. 24, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 458 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 459 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 460 | iLink_095608 | Rate Agreement, Olukai (Aug. 30, 2018) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 461 | iLink_095624 | Rate Agreement, Tiger (USA) Global Logistics (Jan. 6, 2020) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 329, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 462 | | 2026-0313 Defendants Response to RFPs.pdf (Mar. 13, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 200, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 608(b). | | | |
| 463 | | 2026-0313 Defendants Response to ROGS.pdf (Mar. 13, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 200, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 608(b). | | | |
| 464 | | 2026-0424 Def Supp Resp to RFP 1.pdf (Apr. 24, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 200, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 608(b). | | | |
| 465 | | 2026-0513 iLink --Def 2 Supp Resp to 1RFPs.pdf (May 13, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 200, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 608(b). | | | |
| 466 | | 2026-0520 Def 1Supp Resp to 1ROGs.pdf (May 20, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 200, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 608(b). | | | |
| 467 | | 2026-0522 Def 2nd Supp Resp to 1ROGs.pdf (May 22, 2026) | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 200, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 608(b). | | | |
| 468 | | 2026-0716 ATFF ROs to Ds First RFPs.pdf (July 16, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 200, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 608(b). | | | |
| 469 | | 2026-0716 ATFF ROs to Ds First Rogs.pdf (July 16, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 200, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 608(b). | | | |
| 470 | | 2026-0817 Ps First Supp RO to Ds First Roggs.pdf (Aug. 17, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 200, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 608(b). | | | |
| 471 | iLink_003476 | Diamond PEO Form W-2 (2019) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6).<br><br>Not authenticated. The forms have not been authenticated by a records-custodian certification or other evidence sufficient to establish that they are what Defendants claim them to be, and to the extent offered for the truth of the wages reported, inadmissible hearsay. Fed. R. Evid. 801, 802, 901, 902(11), 803(6).<br><br>Cumulative. 55 Forms W-2 assert the same point, the marginal probative value of which is wasteful and is further outweighed by the fact that the forms contain highly sensitive personally identifying information of non-party employees, including names, home addresses, and Social Security numbers, which to the extent unredacted may not be filed or publicly disclosed. Fed. R. Evid. 403; Fed. R. Civ. P. 5.2(a).<br><br>Irrelevant and prejudicial. The forms do not show which entity employed or paid the individuals identified, and do not show whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Fed. R. Evid. 401, 402, 403. | | | |
| 472 | iLink_001476 | Diamond PEO Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 473 | iLink_002476 | Diamond PEO Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 474 | iLink_004476 | Diamond PEO Form W-2 (2020) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 475 | iLink_005476 | Diamond PEO Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 476 | iLink_006476 | Diamond PEO Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 477 | iLink_006497 | Diamond PEO Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 478 | iLink_006721 | Diamond PEO Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 479 | iLink_000602 | IBM, DE 9 / DE 9C (2Q 2020) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8).<br><br>Not authenticated. The forms have not been authenticated by a records-custodian certification or other evidence sufficient to establish that they are the returns and reports as prepared and filed. Fed. R. Evid. 901, 902(11). To the extent Defendants' copies conflict in material respects with the versions authenticated by Defendants' tax preparer, Darlene Bently, a genuine question exists as to the authenticity of the original and/or the circumstances make it unfair to admit the duplicate in lieu of the original. Fed. R. Evid. 1002, 1003.<br><br>Hearsay. To the extent offered for the truth of the wages, headcount, or tax amounts reported, the forms are Defendants' own out-of-court statements, offered by Defendants, and are not statements of an opposing party. Fed. R. Evid. 801, 802. No foundation has been laid through a custodian or other qualified witness, or by a compliant certification, to establish the requirements of the business-records exception. Nor do Defendants' self-prepared returns and reports become public records within Rule 803(8) merely because they were filed with or submitted to a government agency. Fed. R. Evid. 803(6), 803(8). | | | |
| 480 | iLink_000307 | IBM, DE 9 / DE 9C (4Q 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 481 | iLink_000706 | IBM, DE 9 (1Q 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 482 | iLink_000918 | IBM, DE 9 (4Q 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 483 | iLink_000140 | IBM, Form 1120-S (2018) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 484 | iLink_000180 | IBM, Form 1120-S v1 (2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 485 | iLink_022338 | IBM, Form 1120-S v2 (2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 486 | iLink_000081 | IBM, Form 1120-S (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 487 | iLink_000115 | IBM, Form 1120-S (2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 488 | iLink_000035 | IBM, Form 8879-S / Form 1120-S (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 489 | iLink_000213 | IBM, Form 8879-S / Form 1120-S (2021) | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 490 | iLink_094758 | IBM, Form 940 (2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 491 | iLink_007740 | IBM, Form 940 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 492 | iLink_007746 | IBM, Form 940 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 493 | iLink_000989 | IBM, Form 941 (1Q 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 494 | iLink_000977 | IBM, Form 941 (1Q 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 495 | iLink_000919 | IBM, Form 941 (1Q 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 496 | iLink_001003 | IBM, Form 941 (2Q 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 497 | iLink_000985 | IBM, Form 941 (2Q 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 498 | iLink_000707 | IBM, Form 941 (2Q 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 499 | iLink_000713 | IBM, Form 941 (3Q 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 500 | iLink_000841 | IBM, Form 941 (3Q 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 501 | iLink_000981 | IBM, Form 941 (3Q 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 502 | iLink_000762 | IBM, Form 941 (4Q 2019) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 503 | iLink_000996 | IBM, Form 941 (4Q 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 504 | iLink_000945 | IBM, Form 941-X (correcting) (1Q 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 479, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 505 | iLink_011835 | IBM, Form W-2 (2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 506 | iLink_012085 | IBM, Form W-2 (2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 507 | iLink_012292 | IBM, Form W-2 (2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 508 | iLink_012542 | IBM, Form W-2 (2019) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 509 | iLink_013249 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 510 | iLink_013499 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 511 | iLink_013749 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 512 | iLink_013805 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 513 | iLink_014805 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 514 | iLink_015055 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 515 | iLink_015305 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 516 | iLink_015555 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 517 | iLink_015805 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 518 | iLink_016055 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 519 | iLink_017305 | IBM, Form W-2 (2020) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 520 | iLink_017555 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 521 | iLink_017805 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 522 | iLink_018055 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 523 | iLink_018305 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 524 | iLink_018361 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 525 | iLink_018611 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 526 | iLink_018861 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 527 | iLink_019111 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 528 | iLink_019112 | IBM, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 529 | iLink_007754 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 530 | iLink_008006 | IBM, Form W-2 (2021) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 531 | iLink_008256 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 532 | iLink_008506 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 533 | iLink_008756 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 534 | iLink_009006 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 535 | iLink_009256 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 536 | iLink_009506 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 537 | iLink_009756 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 538 | iLink_009835 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 539 | iLink_010085 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 540 | iLink_010335 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 541 | iLink_010585 | IBM, Form W-2 (2021) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 542 | iLink_010835 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 543 | iLink_011085 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 544 | iLink_011335 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 545 | iLink_011585 | IBM, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 546 | iLink_016305 | IBM, Form W-2 (2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |

<table>
<tr><th>Ex. No.</th><th>Bates Range</th><th>Description</th><th>Offered</th><th>Admitted</th></tr>
<tr><td>547</td><td>iLink_000275</td><td>IEC Form 941 and California DE 9/DE 9C package (1Q 2020)</td><td></td><td></td></tr>
<tr><td></td><td colspan="4">Plaintiff's Objections: Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8).<br><br>Not authenticated. The forms have not been authenticated by a records-custodian certification or other evidence sufficient to establish that they are the returns and reports as prepared and filed. Fed. R. Evid. 901, 902(11). To the extent Defendants' copies conflict in material respects with the versions authenticated by Defendants' tax preparer, Darlene Bently, a genuine question exists as to the authenticity of the original and/or the circumstances make it unfair to admit the duplicate in lieu of the original. Fed. R. Evid. 1002, 1003.<br><br>Hearsay. To the extent offered for the truth of the wages, headcount, or tax amounts reported, the forms are Defendants' own out-of-court statements, offered by Defendants, and are not statements of an opposing party. Fed. R. Evid. 801, 802. No foundation has been laid through a custodian or other qualified witness, or by a compliant certification, to establish the requirements of the business-records exception. Nor do Defendants' self-prepared returns and reports become public records within Rule 803(8) merely because they were filed with or submitted to a government agency. Fed. R. Evid. 803(6), 803(8).</td></tr>
<tr><td>548</td><td>iLink_007727</td><td>IEC, Form 940/Form 941 package (2020)</td><td></td><td></td></tr>
<tr><td></td><td colspan="4">Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8).</td></tr>
<tr><td>549</td><td>iLink_007721</td><td>IEC, Form 940/Form 941 annual package (2021)</td><td></td><td></td></tr>
<tr><td></td><td colspan="4">Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8).</td></tr>
<tr><td>550</td><td>iLink_007733</td><td>IEC, Form 940/Form 941 annual package (2022)</td><td></td><td></td></tr>
</table>

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 551 | iLink_000250 | IEC, DE 9 / DE 9C (4Q 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 552 | iLink_000066 | IEC, Form 1120 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 553 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 554 | iLink_093405 | IEC, Form 940 (2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 555 | iLink_058824 | IEC, Form 940 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 556 | iLink_000975 | IEC, Form 941 (2Q 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 557 | iLink_083129 | IEC, Form 941 v1 (1Q 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 558 | iLink_091700 | IEC, Form 941 v2 (1Q 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 559 | iLink_054154 | IEC, Form 941 (1Q 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 560 | iLink_000933 | IEC, Form 941 (1Q 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 561 | iLink_000955 | IEC, Form 941 (1Q 2023) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 562 | iLink_091167 | IEC, Form 941 (2Q 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 563 | iLink_000929 | IEC, Form 941 (2Q 2021) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 564 | iLink_000951 | IEC, Form 941 (2Q 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 565 | iLink_000937 | IEC, Form 941 (2Q 2023) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 566 | iLink_000971 | IEC, Form 941 (3Q 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 567 | iLink_000959 | IEC, Form 941 (3Q 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 568 | iLink_000963 | IEC, Form 941 (3Q 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 569 | iLink_000941 | IEC, Form 941 (3Q 2023) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 570 | iLink_083100 | IEC, Form 941 (4Q 2019) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 547, which apply with equal force to this exhibit. Fed. R. Evid. 901, 902(11), 1002, 1003, 801, 802, 803(6), 803(8). | | | |
| 571 | iLink_001378 | IEC, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 572 | iLink_001243 | IEC, Form W-2 (2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 573 | iLink_001018 | IEC, Form W-2 (2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 574 | iLink_001019 | IEC, Form W-2 (2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |
| 575 | iLink_000248 | E3 HR, Form W-2 (2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 471, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6); Fed. R. Civ. P. 5.2(a). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 576 | | 2024-08-29 High Tech's Cross-Complaint in Riverside County Lawsuit (Aug. 29, 2024) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802.<br><br>Irrelevant, confusing, and prejudicial in that allegations in other unrelated actions involving different parties and different legal claims do not bear on whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Fed. R. Evid. 401, 402, 403.<br><br>Irrelevant because other actions are not part of any element of an FCA claim or the public disclosure bar in this case, and do not bear on any fact material to Defendants liability. Fed. R. Evid. 401, 402, 403.<br><br>Hearsay. To the extent offered for the truth of the matters alleged therein, the pleadings contain out-of-court statements offered to prove the matters asserted. Fed. R. Evid. 801, 802. | | | |
| 577 | | 2026-0515 Kumho Complaint (May 15, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 576, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 801, 802. | | | |
| 578 | | 2026.07.28 Five Star Complaint (July 28, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 576, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 801, 802. | | | |
| 579 | | Not Used | | |
| | Plaintiff's Objections: | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 580 | iLink_075120 | IEC, Payroll Journal (Detailed Hours) (July 1 – Sept. 30, 2020) | | |
| | Plaintiff's Objections: Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003.<br><br>Not authenticated. The payroll journals have not been authenticated by a records-custodian certification or other evidence sufficient to establish that they are what Defendants claim them to be. Fed. R. Evid. 901, 902(11). Defendants have produced multiple versions, including aggregates, covering the same time periods, and to the extent those versions conflict in material respects, a genuine question exists as to the authenticity of the original and/or the circumstances make it unfair to admit the duplicate in lieu of the original. Fed. R. Evid. 1002, 1003.<br><br>Hearsay. To the extent offered for the truth of the wages or hours reported, the payroll journals are Defendants' own out-of-court statements, offered by Defendants, and are not statements of an opposing party. Fed. R. Evid. 801, 802. No foundation has been laid through a custodian or other qualified witness, or by a compliant certification, to establish the requirements of the business-records exception. Fed. R. Evid. 803(6).<br><br>Needlessly cumulative. Fifty-five payroll journals are offered to establish the same point, and any incremental probative value is substantially outweighed by the danger of needlessly presenting cumulative evidence and wasting time. The journals also contain sensitive wage and hour information concerning non-party employees, further weighing against wholesale admission of the records in unredacted form. Fed. R. Evid. 403. | | | |
| 581 | iLink_082053 | IEC, Payroll Journal (Detailed Hours) (Sept. 1–30, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 582 | iLink_082095 | IEC, Payroll Journal (Detailed Hours) (Oct. 1–31, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 583 | iLink_082078 | IEC, Payroll Journal (Detailed Hours) (Nov. 1–30, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 584 | iLink_082119 | IEC, Payroll Journal (Detailed Hours) (Dec. 1–31, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 585 | iLink_075145 | IEC, Payroll Journal (Detailed Hours) (Oct. 1 – Dec. 31, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 586 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 587 | iLink_030203 | IEC, Payroll Check List & Journal (Oct. 9, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 588 | iLink_030099 | IEC, Payroll Check List & Journal (Oct. 23, 2020) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 589 | iLink_029999 | IEC, Payroll Check List & Journal (Nov. 12, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 590 | iLink_039346 | IEC, Payroll Check List & Journal (Dec. 31, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 591 | iLink_030357 | IEC, Payroll Check List & Journal (June 4, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 592 | iLink_046592 | IEC, Payroll Journal Entry (June 11, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 593 | iLink_022260 | IEC, Payroll Journal Entry (Aug. 6, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 594 | iLink_048577 | IEC, Payroll Journal Entry (Aug. 20, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 595 | iLink_046619 | IEC, Payroll Journal Entry (Sept. 3, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 596 | iLink_022173 | IEC, Payroll Journal Entry (Sept. 24, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 597 | iLink_022115 | IEC, Payroll Journal Entry (Oct. 22, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 598 | iLink_048619 | IEC, Payroll Journal Entry (Nov. 5, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 599 | iLink_027743 | IEC, Payroll Journal Entry (Nov. 12, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 600 | iLink_046656 | IEC, Payroll Journal Entry (Jan. 28, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 601 | iLink_047048 | IEC, Payroll Journal Entry (Feb. 11, 2022) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 602 | iLink_047750 | IEC, Payroll Journal Entry (Mar. 4, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 603 | iLink_037888 | IEC, Payroll Journal Entry (Aug. 19, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 604 | iLink_021584 | IEC, Payroll Journal Entry (Aug. 26, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 605 | iLink_035783 | IEC, Payroll Journal Entry (Sept. 16, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 606 | iLink_027604 | IEC, Payroll Journal Entry (Sept. 30, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 607 | iLink_026934 | IEC, Payroll Journal Entry (Nov. 10, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 608 | iLink_025736 | IEC, Payroll Journal Entry (Mar. 10, 2023) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 609 | iLink_084109 | IEC, Payroll Journal Entry (Apr. 2, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 610 | iLink_029749 | IEC, Payroll Journal Entry (Apr. 9, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 611 | iLink_025246 | IEC, Payroll Journal Entry (May 19, 2023) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 612 | iLink_025030 | IEC, Payroll Journal Entry (June 2, 2023) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 613 | iLink_023648 | IEC, Payroll Journal Entry (June 9, 2023) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 614 | iLink_051115 | IBM, Payroll Journal (Detailed Hours) (Jan. 1 – Dec. 31, 2019) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 615 | iLink_081584 | IBM, Payroll Journal (Detailed Hours) (Jan. 1–31, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 616 | iLink_080789 | IBM, Payroll Journal (Detailed Hours) (Feb. 1–29, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 617 | iLink_081337 | IBM, Payroll Journal (Detailed Hours) (Mar. 1–31, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 618 | iLink_084372 | IBM, Payroll Journal (Detailed Hours) (Jan. 1 – Mar. 31, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 619 | iLink_081336 | IBM, Payroll Journal (April 2020 — empty) (Apr. 1–30, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 620 | iLink_050722 | IBM, Payroll Journal (Detailed Hours) (May 1–31, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 621 | iLink_081103 | IBM, Payroll Journal (Detailed Hours) v1 (June 1–30, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 622 | iLink_074398 | IBM, Payroll Journal (Detailed Hours) v2 (June 1–30, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 623 | iLink_086894 | IBM, Payroll Journal (Detailed Hours) (Apr. 1 – June 30, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 624 | iLink_080770 | IBM, Payroll Journal (Detailed Hours) (Aug. 1–31, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 625 | iLink_071880 | IBM, Payroll Journal (Detailed Hours) v1 (May 1 – June 30, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 626 | iLink_071946 | IBM, Payroll Journal (Detailed Hours) v2 (May 1 – June 30, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 627 | iLink_072530 | IBM, Payroll Journal (Detailed Hours) v3 (May 1 – June 30, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 628 | iLink_084918 | IBM, Payroll Check List & Journal (June 5, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 629 | iLink_027930 | IBM, Payroll Check List & Journal (July 8, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 630 | iLink_046648 | IBM, Payroll Check List & Journal Entry (Jan. 28, 2022) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 631 | iLink_054024 | IBM, Payroll Journal Report (Jan. 27, 2023) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 632 | iLink_065247 | IBM, Payroll Journal Report (Feb. 10, 2023) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 633 | iLink_065214 | IBM, Payroll Journal Report (Feb. 17, 2023) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 634 | DIAMONDPEO000038 | Diamond PEO, Payroll Gross to Net Summary by Employee (Jan. 1, 2019 – Dec. 31, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 635 | DIAMONDPEO000105 | Diamond PEO, Payroll Gross to Net Summary by Employee (Jan. 1, 2019 – Dec. 31, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 580, which apply with equal force to this exhibit. Fed. R. Evid. 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 636 | iLink_045868 | Emails between Ayala, Krisell Valenzuela (BofA), Michael Vazquez (BofA), Jovena Ramos (BofA), Darlene Bently (CPA), Deanna (CPA) (Apr. 3, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 637 | iLink_020128 | Emails between Bank of America, Ayala (Apr. 5, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 638 | iLink_045870 | Emails between Michael Vazquez (BofA), Ayala, Krisell Valenzuela (BofA), Jovena Ramos (BofA), Darlene Bently (CPA), Deanna (CPA) (Apr. 6, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 639 | iLink_052302 | Emails between Michael Vazquez (BofA), Ayala, Krisell Valenzuela (BofA) (Apr. 6–16, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 640 | iLink_041222 | Emails between Spencer MacDougall (Leivas Tax Wealth Mgmt), Ayala, Darlene Bently (CPA), Deanna (CPA) (Apr. 9, 2020) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802, 803(6), 901, 902(11).<br><br>Not authenticated. The emails and their attachments, including payroll cost worksheets and summaries, have not been authenticated by a records-custodian certification or other evidence sufficient to establish that they are what Defendants claim them to be, who prepared the attachments, or from what underlying records they were generated. Fed. R. Evid. 901, 902(11).<br><br>Hearsay. To the extent offered for the truth of the matters stated therein, the emails and attachments contain out-of-court statements offered by Defendants for their truth, including Defendants' own statements, which are not statements of an opposing party when offered by Defendants. Fed. R. Evid. 801, 802. No foundation has been laid through a custodian or other qualified witness, or by a compliant certification, to establish the requirements of the business-records exception. Fed. R. Evid. 803(6).<br><br>Irrelevant and misleading to the extent Defendants offer their correspondence with their tax preparer and accountant concerning the calculation of payroll amounts to establish that the resulting PPP loan or forgiveness representations were accurate, or that reliance on those calculations relieved Defendants of responsibility for the representations they submitted. Any limited probative value for those purposes is substantially outweighed by the danger of confusing the issues or misleading the jury. Fed. R. Evid. 401, 402, 403. | | | |
| 641 | | Not Used | | |
| | Plaintiff's Objections: | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 642 | iLink_086619 | Emails between Michael Vazquez (BofA), Ayala, Krisell Valenzuela (BofA), Spencer MacDougall (Leivas Tax Wealth Mgmt), Darlene Bently (CPA), Deanna (CPA) (Apr. 16, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 640, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 643 | | Not Used | | |
| | Plaintiff's Objections: | | | |
| 644 | iLink_087202 | Emails between Ayala, Mary Morris (BofA) (Apr. 18–20, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 645 | iLink_064878 | Emails between Spencer MacDougall (Leivas Tax Wealth Mgmt), Ayala (Apr. 20, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 640, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 646 | iLink_056797 | Emails between Spencer MacDougall (Leivas Tax Wealth Mgmt), Ayala (Apr. 20, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 640, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 647 | iLink_036600 | Emails between Ayala, Krisell Valenzuela (BofA), Spencer MacDougall (Leivas Tax Wealth Mgmt) (May 18, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 648 | iLink_072747 | Emails between Ayala, Spencer MacDougall (Leivas Tax Wealth Mgmt) (June 22–23, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 640, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 649 | iLink_046148 | Emails between Ayala, Stephanie Ruiz (Banner Bank) (July 17, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 650 | iLink_040157 | Emails between Ayala, Stephanie Ruiz (Banner Bank) (July 17, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 651 | iLink_036479 | Emails between Stephanie Ruiz (Banner Bank), Ayala (July 23, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 210, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 652 | iLink_085946 | Emails between Spencer MacDougall (Leivas Tax Wealth Mgmt), Denise Sepulveda, Ayala (Sept. 4, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 640, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 653 | iLink_094627 | Emails between Ayala, Spencer MacDougall (Leivas Tax Wealth Mgmt) (Sept. 1, 2020) | | |
| | Plaintiff's Objections: | | | |
| 654 | iLink_086468 | Emails between Ayala, Spencer MacDougall (Leivas Tax Wealth Mgmt) (Nov. 16, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 640, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 655 | iLink_075188 | Emails between Spencer MacDougall (Leivas Tax Wealth Mgmt), Ayala (Dec. 1, 2020) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802.<br><br>Hearsay. To the extent Mr. MacDougall's out-of-court statement is offered to prove that IBM qualified for full PPP loan forgiveness or was eligible for the PPP loan, it is offered for the truth of the matter asserted and is inadmissible hearsay. Fed. R. Evid. 801, 802.<br><br>Irrelevant and misleading to the extent Defendants offer Mr. MacDougall's advice concerning how to calculate payroll for loan-forgiveness purposes to establish that IBM was eligible for the PPP loan or that Defendants' underlying payroll figures or certifications were accurate. Advice concerning the calculation of payroll for forgiveness purposes does not, without more, establish those propositions, and any limited probative value for those purposes is substantially outweighed by the danger of confusing the issues or misleading the jury. Fed. R. Evid. 401, 402, 403. | | | |
| 656 | iLink_060795 | Emails between Ayala, Spencer MacDougall (Leivas Tax Wealth Mgmt) (Dec. 1, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 640, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 657 | iLink_086615 | Emails between Sandy Bessoir (International Marketing Group), Ayala, Frank Scannavino, Mike Rogers (Meadows Bank) (Jan. 14–15, 2021) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 640, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 658 | iLink_056956 | Emails between Ayala, Spencer MacDougall (Leivas Tax Wealth Mgmt) (Jan. 18, 2021) | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 640, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 901, 902(11), 801, 802, 803(6). | | | |
| 659 | | PACER Chart of Relator Cases | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403.<br><br>Irrelevant. Relator's allegations in other qui tam actions against different defendants are not part of any element of the FCA claims at issue here and do not bear on whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Any limited probative value is substantially outweighed by the danger of confusing the issues or misleading the jury through allegations concerning unrelated parties and actions. Fed. R. Evid. 401, 402, 403. | | | |
| 660 | | 2024.09.20 Ree v. Hakimi Complaint (Sept. 20, 2024) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 576, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 801, 802. | | | |
| 661 | | 2022.04.29 Jones v. Central Plaza Dismissal (Apr. 29, 2022) | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| | Plaintiff's Objections: Fed. R. Evid. 106, 401, 402, 403, 404.<br><br>Highly prejudicial, misleading, and irrelevant. Judicial statements from an unrelated action involving different legal entities, different defendants, and claims under a different federal statute do not bear on whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Any limited probative value is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury. Fed. R. Evid. 401, 402, 403.<br><br>To the extent Defendants offer quotations from an unrelated state-court action concerning whether the plaintiff and/or counsel in that action acted in good faith to prove a character trait and show that Relator acted in accordance with that trait in this case, such use constitutes improper propensity evidence. Fed. R. Evid. 404.<br><br>Incomplete. Defendants omit portions of the statements necessary to place the quoted language in context and that in fairness ought to be considered at the same time. Fed. R. Evid. 106. | | | |
| 662 | | 2021.10.25 Hull v. State Street Order Denying Motion to Compel (Oct. 25, 2021) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403.<br><br>Irrelevant because whether different allegations in different complaints against different defendants does not bear on whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted in this action and is confusing and prejudicial. Fed. R. Evid. 401, 402, 403. | | | |
| 663 | | 2026-08-12 iLink -- Am. Notice of Deposition of Relator (Aug. 12, 2026) | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802.<br><br>Irrelevant, confusing, and prejudicial. The notices are procedural papers establishing only that certain depositions were noticed, which does not bear on any element of an FCA claim or the public disclosure bar, or on whether Defendants' PPP loan application or forgiveness certifications were false, material, or knowingly submitted. Any limited probative value is substantially outweighed by the danger of confusing the issues or misleading the jury. Fed. R. Evid. 401, 402, 403.<br><br>Hearsay. To the extent statements contained in the notices are offered for their truth, they are out-of-court statements of counsel. Fed. R. Evid. 801, 802. | | | |
| 664 | | 2026-08-12 iLink -- Am. Notice of Deposition of Hakimi (Aug. 12, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 663, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 801, 802. | | | |
| 665 | | 2026-08-12 iLink -- Am. Notice of Deposition of Shahriari (Aug. 12, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 663, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 801, 802. | | | |
| 666 | | iLink SAC | | |
| | Plaintiff's Objections: | | | |
| 667 | ATFF-0005 | ATFF SoS Page | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403.<br><br>Irrelevant, confusing, and prejudicial as Relator's identity, business purpose, and business manager's identities are not elements of an FCA claim or defense. Fed. R. Evid. 401, 402, 403. | | | |
| 668 | ATFF-0012 | Pittsburgh Ave. Property Info | | |
| | Plaintiff's Objections: | | | |
| 669 | | MP4 Video: "Ezeliving Shoutout" published to Youtube.com by "peterthepersian", URL = https://www.youtube.com/watch?v=Dr5zebXpO-M (June 24, 2013) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 404, 608(b).<br><br>Irrelevant, confusing, and prejudicial to the extent offered concerning the personal lives, personal conduct, or private affairs of Relator's managers and principals, or Relator's identity or business purpose, none of which bears on any fact material to Defendants' liability or the public disclosure bar. Any limited probative value is substantially outweighed by the danger of unfair prejudice, confusing the issues, or misleading the jury. Fed. R. Evid. 401, 402, 403.<br><br>To the extent evidence of personal conduct is offered to prove a person's character in order to show that the person acted in accordance with that character on a particular occasion, such use constitutes improper propensity evidence. Fed. R. Evid. 404. To the extent specific instances of a witness's conduct are offered to attack or support that witness's character for truthfulness, such instances may not be proved by extrinsic evidence. Fed. R. Evid. 608(b). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 670 | | 2026.02.18 Hakimi v. Doe Complaint, Los Angeles Superior Court No. 26VECV01009 (Feb. 18, 2026) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 669, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 404, 608(b). | | | |
| 671 | iLink_075707 | Email from Claudia Rodriguez of Diamond PEO to Gabriel Ayala transmitting 2020 payroll reports for iLink Employers Company and iLink Business Management. | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802, 803(6), 901, 902(11).<br><br>Not authenticated. The email and its attachments have not been authenticated by a records-custodian certification or other evidence sufficient to establish that they are what Defendants claim them to be, who prepared the attached payroll reports, or from what underlying records they were generated. Fed. R. Evid. 901, 902(11).<br><br>Hearsay. To the extent offered for the truth of the matters stated therein, the email and its attachments contain out-of-court statements offered by Defendants for their truth, including Defendants' own statements, which are not statements of an opposing party when offered by Defendants. Fed. R. Evid. 801, 802. No foundation has been laid through a custodian or other qualified witness, or by a compliant certification, to establish the requirements of the business-records exception. Fed. R. Evid. 803(6). | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 672 | iLink_075708 | Diamond PEO, Payroll Gross to Net Summary by Employee for iLink Employers Company, 10/16/2020 to 12/31/2020 | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802, 803(6), 901, 902(11), 1002, 1003.<br><br>Not authenticated. The payroll summaries have not been authenticated by a records-custodian certification or other evidence sufficient to establish that they are what Defendants claim them to be, who generated them, or from what underlying payroll records they were compiled. Fed. R. Evid. 901, 902(11). Defendants have produced multiple versions of summaries covering the same entities and periods, and to the extent those versions conflict in material respects, a genuine question exists as to the authenticity of the original and/or the circumstances make it unfair to admit the duplicate in lieu of the original. Fed. R. Evid. 1002, 1003.<br><br>Hearsay. To the extent offered for the truth of the wages, hours, or employee counts reported, the summaries contain out-of-court statements offered by Defendants for their truth. Fed. R. Evid. 801, 802. No foundation has been laid through a custodian or other qualified witness, or by a compliant certification, to establish the requirements of the business-records exception. Fed. R. Evid. 803(6).<br><br>Needlessly cumulative and prejudicial. The summary runs sixty-six pages of line-item entries offered to establish the same point, and any incremental probative value is substantially outweighed by the danger of needlessly presenting cumulative evidence and wasting time. The summary also contains sensitive personal information concerning non-party employees, including their names, individual pay amounts, and employee identification numbers, further weighing against admission of the record in unredacted form. Fed. R. Evid. 403. | | | |

| **Ex. No.** | **Bates Range** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 673 | iLink_075774 | Diamond PEO, Payroll Gross to Net Summary by Employee for iLink Employers Company, 10/16/2020 to 12/31/2020 | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 672, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 674 | iLink_075775 | Diamond PEO, Payroll Gross to Net Summary by Employee for iLink Business Management Inc. (Jan. 1, 2020 – Oct. 9, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 672, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |

| Ex. No. | Bates Range | Description | Offered | Admitted |
|---|---|---|---|---|
| 675 | iLink_075856 | Diamond PEO, Payroll Gross to Net Summary by Employee for iLink Business Management Inc. (Jan. 1, 2020 – Oct. 9, 2020) | | |
| | Plaintiff's Objections: Relator incorporates by reference his objections to Ex. 672, which apply with equal force to this exhibit. Fed. R. Evid. 401, 402, 403, 801, 802, 803(6), 901, 902(11), 1002, 1003. | | | |
| 676 | | Harvest Bank Press Release (Sept. 14, 2026) | | |
| | Plaintiff's Objections: Fed. R. Evid. 401, 402, 403, 801, 802, 901.<br><br>Not identified or authenticated. The exhibit is described only as a press release and has not been identified by source, author, or place of publication, or authenticated by any evidence sufficient to establish that it is what Defendants claim it to be. Fed. R. Evid. 901.<br><br>Irrelevant. The press release has no apparent relevance to any fact material to Defendants' liability, and any marginal probative value is substantially outweighed by the danger of confusing the issues and wasting time. Fed. R. Evid. 401, 402, 403.<br><br>Hearsay. To the extent statements contained in the press release are offered for their truth, they are out-of-court statements of the publishing entity, and no exception has been established. Fed. R. Evid. 801, 802. | | | |

Dated: September 14, 2026

Respectfully submitted,

*/s/ Kathryn Lee Boyd*
HECHT PARTNERS LLP
Kristen L. Nelson
Kathryn Lee Boyd

Michael K. Eggenberger
Kamilla Mamedova

DICELLO LEVITT LLP
Charles F. Dender

*Attorneys for American Taxpayers Fighting Fraud LLC (f/k/a Relator LLC)*

Dated: September 14, 2026

Respectfully submitted,

*/s/ Rachel L. Fiset*
RFZ LAW LLP
Rachel L. Fiset
William M. Odom
Dawn Utsumi
Garrison Spalding Murphy

*Attorneys for Defendants iLink Employers Company, iLink Business Management, Inc., and Alvaro Gabriel Ayala*