Kathryn Lee Boyd (SBN 189496)
Kristen L. Nelson (SBN 269318)
**HECHT PARTNERS LLP**
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Tel.: (646) 490-2408
lboyd@hechtpartners.com
knelson@hechtpartners.com

Michael Eggenberger (*pro hac vice)*
Kamilla Mamedova (*pro hac vice*)
125 Park Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 851-6821
meggenberger@hechtpartners.com
kmamedova@hechtpartners.com

*Counsel continued on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AMERICAN TAXPAYERS FIGHTING FRAUD LLC (f/k/a RELATOR LLC), a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ILINK EMPLOYERS COMPANY, a Delaware Corporation; ILINK BUSINESS MANAGEMENT, INC., a California Corporation; ALVARO GABRIEL AYALA, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 5:22-cv-01004-RGK-DTB<br><br>Assigned to: Hon. R. Gary Klausner<br><br>**AMERICAN TAXPAYERS FIGHTING FRAUD LLC, ILINK EMPLOYERS COMPANY, ILINK BUSINESS MANAGEMENT, INC., AND ALVARO GABRIEL AYALA'S JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE DEADLINES**<br><br>Pretrial Conference: Oct. 5, 2026<br>Trial: Oct. 27, 2026<br>Time: 9:00 a.m.<br>Courtroom: 850, 8th Floor |

Charles F. Dender (*pro hac vice)*
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
cdender@dicellolevitt.com

*Counsel for Plaintiff-Relator,*
*American Taxpayers Fighting Fraud LLC*
*(f/k/a Relator LLC)*

**RFZ LAW LLP**
Rachel L. Fiset (SBN 240828)
rachel.fiset@rfzllp.com
William M. Odom (SBN 313428)
william.odom@rfzllp.com
Dawn Utsumi (SBN 247652)
dawn.utsumi@zfzlaw.com
Garrison Spalding Murphy (SBN 364420)
garrison.murphy@rfzllp.com
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
Telephone: (213) 266-5170
Facsimile: (213) 582-8414

*Counsel for Defendants iLink Employers*
*Company, iLink Business Management, Inc.,*
*and Alvaro Gabriel Ayala*

**NOTICE OF SETTLEMENT IN PRINCIPLE**
**AND REQUEST TO VACATE ALL DEADLINES**

Plaintiff-Relator American Taxpayers Fighting Fraud LLC ("Plaintiff-Relator" or "Relator"), iLink Employers Company, iLink Business Management, Inc., and Alvaro Gabriel Ayala ("Defendants") (altogether the "Settling Parties") respectfully notify the Court that the Settling Parties have agreed on terms to settle and resolve the above-captioned matter.

The Settling Parties reached this agreement in principle on October 1, 2026. The Settling Parties notified counsel for the United States of the settlement in principle.

To conserve the resources of the Court and the Settling Parties following this settlement and because the United States anticipates any final written consent will take several months, the Settling Parties respectfully request that the Court (1) hold all outstanding motions in abeyance, including motions *in limine*, ECF Nos. 146-157, 164, 165, 167, 168; (2) vacate all pending dates and deadlines, including (a) October 5, 2026 pretrial conference; (b) the October 27, 2026 trial; and (c) all related remaining pretrial filing deadlines.

Because 31 U.S.C. § 3730(b)(1) permits dismissal of a *qui tam* False Claims Act action only with the United States' and the court's written consent, the Settling Parties respectfully request that the Court refrain from entering an order dismissing the action pending that final consent. They propose instead to file a joint status report within forty-five (45) days of this Notice, and every thirty (30) days thereafter until the United States' consent is finalized and a dismissal is filed.

Dated: October 2, 2026

Respectfully submitted,

/s/ Kathryn Lee Boyd

HECHT PARTNERS LLP
Kathryn Lee Boyd
Kristen L. Nelson

Michael K. Eggenberger
Kamilla Mamedova

DICELLO LEVITT LLP
Charles F. Dender

*Attorneys for American Taxpayers Fighting Fraud LLC (f/k/a Relator LLC)*

Dated: October 2, 2026

Respectfully submitted,

*/s/ Rachel L. Fiset*

RFZ LAW LLP
Rachel L. Fiset
William M. Odom

*Attorneys for Defendants iLink Employers Company, iLink Business Management, Inc., and Alvaro Gabriel Ayala*

**Local Rule 5-4.3.4(a)(2)(i) Attestation**

I hereby certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 2, 2026

By: /s/ Kathryn Lee Boyd