JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, ex rel. AMERICAN TAXPAYERS FIGHTING FRAUD LLC, a California limited liability company,

Plaintiff,

v.

ILINK EMPLOYERS COMPANY, a Delaware Corporation; ILINK BUSINESS MANAGEMENT, INC., a California Corporation, ALVARO GABRIEL AYALA, an individual, and Does 1-10,

Defendants.

Case No.: 5:22-cv-01004-RGK-DTBx

**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**[190]**

///

///

The Court, having considered the Joint Stipulation of Dismissal Without Prejudice (the "Stipulation") filed by Plaintiff-Relator American Taxpayers Fighting Fraud LLC ("Relator") and Defendants iLink Employers Company, iLink Business Management, Inc., and Alvaro Gabriel Ayala (collectively, "Defendants", and together with Relator, the "Settling Parties"), the Court rules as follows:

IT IS HEREBY ORDERED THAT this action shall be dismissed in its entirety without prejudice.

Except as provided in the Settlement, each Settling Party shall bear its own attorneys' fees and costs. Nothing in the Stipulation or this Order waives or resolves Relator's claims under 31 U.S.C. § 3730(d) except as provided in the Settlement.

All deadlines and hearings are vacated. The Clerk shall close this case.

IT IS SO ORDERED.

Dated: 10/5/2026

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE